## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | (Chapter 11) |
| Debtor | § | |

| | | |
|---|---|---|
| Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, | § | |
| John Llewellyn, Joseph A. Lopez, Robert Foote, BLF | § | |
| Partners, Ltd., ECAL Partners, Ltd, Whiz Kid Ventures, | § | |
| LLC, Bella Krieger, Martin Pollak, Gloster Holdings, | § | |
| LLC, Melvyn Reiser, Barry Klein, Yecheskel Kahan, John | § | |
| A. Rees, Brian W. Harle, MD, Michael Stein, Lawrence | § | |
| Solomon, Tracy Elstein & David Togut, Jason Charles | § | |
| Togut Trust, BMT Grantor Trust, Lynn Joyce Elstein | § | |
| Trust, Charles Stack, Joseph Baker, Movada, Ltd., Puddy, | § | |
| Ltd., Draco Capital, Inc., Edward Pascal, Robert Mendel, | § | |
| Stanley Beraznik, Don Dui, Ben Ariano, 3790168 Canada, | § | |
| Inc., Peter Taylor, John E. Panneton, Wayne C. Fox, | § | |
| David Currie, Byron Messier, Darshan Khurana, Mateo | § | |
| Novelli, Diya Al-Sarraj, Sequoia Aggressive Growth | § | |
| Fund, Ltd., Sequoia Diversified Growth Fund, Ltd., | § | |
| Rig III Fund, Ltd., Aran Asset Management SA, Semper | § | |
| Gestion SA, and Eosphoros Asset Management, Inc., | § | |
| Plaintiffs | § | |
| | § | |
| Vs. | § | ADVERSARY NO. 10-03150 |
| | § | |
| CenturyTel, Inc. (a/k/a CenturyLink), Clarence | § | |
| Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, | § | |
| Harvey P. Perry, Robert Kubbernus, Balaton Group, Inc., | § | |
| Bankton Financial Corporation, Bankton Financial | § | |
| Corporation, LLC, ClearSky Management, Inc., | § | |
| Wilson Vukelich, LLP, and ClearSky Investments, LP, | § | |
| Defendants | § | |

## CERTIFICATE OF SERVICE
### (Refers to Docket #3)

I hereby certify that a true and correct copy of the Court's Notice Setting Status /

Scheduling Conference on Notice of Removal (docket #3) was sent via U.S. first class mail,

postage prepaid, to Plaintiffs' counsel and by international registered mail to Defendant,

Wilson Vukelich, LLP, at the addresses noted below on this 29th day of March 2010:

Plaintiffs' Counsel:
Eric Fryar
The Fryar Law Firm
1001 Texas Ave, Ste 1400
Houston, TX 77002-3194

Samuel Goldman
Samuel Goldman & Assoc.
100 Park Ave 20th FL
New York, NY 10017

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
100 Park Ave 20th FL
New York, NY 10017

Wilson Vukelich, LLP:
Wilson Vukelich, LLP
Valleywood Corporate Centre
60 Columbia Way, Ste 710
Markham, Ontario
L3R 0C9
CANADA

*/s/ Nicholas Zugaro*
NICHOLAS ZUGARO