ENTERED
04/14/2010

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Chapter 11 | Adversary Case Number | 10-3150 |
|---|---|---|---|
| Schermerhorn, et al. ||||
| versus ||||
| CenturyTel, et al. ||||

This lawyer, who is admitted to the State Bar of ___ New York & Florida ___:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed State & Number | Samuel Goldman<br>Samuel Goldman & Associates<br>100 Park Avenue, 20th Floor<br>New York, New York, 10017<br>212-725-1400<br>New York; Florida |
|---|---|

Seeks to appear as the attorney for this party:

Plaintiffs

Dated: 4/13/2010    Signed: [signature]

COURT USE ONLY: The applicant's state bar reports their status as: ACTIVE  [initials] 4/14/10

Dated: 4/14/10    Signed: [signature]
                          Deputy Clerk

Order

This lawyer is admitted *pro hac vice*

Dated: 4/14/2010    _____
                    United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: sgue               Page 1 of 2            Date Rcvd: Apr 14, 2010
Case: 10-03150                Form ID: pdf002          Total Noticed: 2

The following entities were noticed by first class mail on Apr 16, 2010.
aty          F. Eric Fryar,   1001 Texas,   Suite 1400,   Houston, TX  77002-3194
aty         +Robert Marc Manley,   McKool Smith PC,   300 Crescent Ct,   Ste 1200,   Dallas, TX 75201-6935

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          3790168 Canada, Inc.
pla          ARAN Asset Management SA
pla          BLF Partners, Ltd.
pla          BMT Grantor Trust
dft          Balaton Group
dft          Bankton Financial Corporation
dft          Bankton Financial Corporation LLC
pla          Barry Klein
pla          Bella Kreiger
pla          Ben Ariano
pla          Brian W Harle
pla          Byron Messier
dft          Centurytel, Inc.
pla          Charles Stack
pla          Chet Gutowsky
dft          Clarence Marshall
dft          Clearsky Investments, LP
dft          Clearsky Management Inc
pla          Darshan Khurana
pla          David Currie
pla          David Togut
pla          Diya Al-sarraj
pla          Don Dui
pla          Draco Capital, Inc.
pla          ECAL Partners, Ltd.
pla          Edward Pascal
pla          Eosphoros Asset management, Inc.
pla          Gloster Holdings, LLC
dft          Harvey P. Perry
pla          Jason Charles Togut Trust
pla          Joanne Schermerhorn
pla          John E. Panneton
pla          John Waymire
pla          Joseph A. Lopez
pla          Joseph Baker
pla          Lawrence Solomon
pla          Llewellyn John
pla          Lynn Joyce Elstein Trust
pla          Martin Pollack
pla          Mateo Novelli
pla          Melvyn Reiser
dft          Michael E Maslowski
pla          Michael Stein
pla          Movada, Ltd.
pla          Peter Taylor
pla          Puddy, Ltd.
dft          R. Stewart Ewing, Jr.
pla          Rees A John
pla          Rig III Fund, Ltd.
pla          Robert Foote
dft          Robert Kubbernus
pla          Robert Mendel
pla          Semper-Gestion SA
pla          Sequoia Aggressive Growth Fund, Ltd.
pla          Sequoia Diversified Growth Fund, Ltd.
pla          Stanley Beraznik
pla          Tracy Elstein
pla          Wayne C. Fox
pla          Whiz Kid Ventures,    .
dft          Wilson Vukelich, LLP
pla          Yecheskel Kahan
                                                                              TOTALS: 61, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0541-4          User: sgue              Page 2 of 2             Date Rcvd: Apr 14, 2010
Case: 10-03150                Form ID: pdf002         Total Noticed: 2
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2010**                    **Signature:** _Joseph Speetjens_