IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | (Chapter 11) |
|     Debtor | § | |
| Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, John Llewellyn, Joseph A. Lopez, Robert Foote, BLF Partners, Ltd., ECAL Partners, Ltd, Whiz Kid Ventures, LLC, Bella Krieger, Martin Pollak, Gloster Holdings, LLC, Melvyn Reiser, Barry Klein, Yecheskel Kahan, John A. Rees, Brian W. Harle, MD, Michael Stein, Lawrence Solomon, Tracy Elstein & David Togut, Jason Charles Togut Trust, BMT Grantor Trust, Lynn Joyce Elstein Trust, Charles Stack, Joseph Baker, Movada, Ltd., Puddy, Ltd., Draco Capital, Inc., Edward Pascal, Robert Mendel, Stanley Beraznik, Don Dui, Ben Ariano, 3790168 Canada, Inc., Peter Taylor, John E. Panneton, Wayne C. Fox, David Currie, Byron Messier, Darshan Khurana, Mateo Novelli, Diya Al-Sarraj, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Ltd., Rig III Fund, Ltd., Aran Asset Management SA, Semper Gestion SA, and Eosphoros Asset Management, Inc., Plaintiffs | § | |
| v. | § | ADVERSARY NO. 10-03150 |
| CenturyTel, Inc. (a/k/a CenturyLink), Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, Harvey P. Perry, Robert Kubbernus, Balaton Group, Inc., Bankton Financial Corporation, Bankton Financial Corporation, LLC, ClearSky Management, Inc., Wilson Vukelich, LLP, and ClearSky Investments, LP, Defendants | § | |

## ORDER REQUIRING PLAINTIFFS TO COMPLY WITH RULE 7007.1

Before 5:00 P.M. (central time) on April 19, 2010, Plaintiffs shall comply with Bankruptcy Rule 7007.1 and file their applicable disclosures.

DATED:

_____
JEFF BOHM, U.S. BANKRUPTCY JUDGE

Austin 58522v2

**APPROVED AS TO FORM**

*/s/ Hugh M. Ray, III*

---

Hugh Ray, III
Counsel for Defendants (except Wilson Vukelich)

*/s/ David Jones (by permission HMR)*

---

David R. Jones
Counsel for Defendant Wilson Vukelich,
Subject to their Special Appearance

*/s/ John Mitchell (by permission HMR)*

---

John E. Mitchell,
Counsel for Plaintiff, Draco Capital, Inc.

[no response to e-mail]

---

Eric Fryar
Counsel for Plaintiffs

[no response to e-mail]

---

Samuel Goldman
Counsel for Plaintiffs

Austin 58522v2