IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**05/03/2010**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | (Chapter 11) |
| Debtor | § | |
| | § | |

| | | |
|---|---|---|
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, CHET | § | |
| GUTOWSKY, JOHN LLEWELLYN, JOSEPH A. LOPEZ, | § | |
| ROBERT FOOTE, BLF PARTNERS, LTD., ECAL PARTNERS, | § | |
| LTD., WHIZKID VENTURE, LLC, BELLA KRIEGER, MARTIN | § | |
| POLLAK, GLOSTER HOLDINGS, LLC, MELVYN REISER, | § | |
| BARRY KLEIN, CHESKEL KAHAN, JOHN A. REES, BRIAN W. | § | |
| HARLE, MICHAEL STEIN, LAWRENCE SOLOMON, TRACY | § | |
| ELSTEIN & DAVID TOGUT, JASON CHARLES TOGUT | § | |
| TRUST, BMT GRANTOR TRUST, LYNN JOYCE ELSTEIN | § | |
| TRUST, CHARLES STACK, JOSEPH BAKER, MOVADA, LTD., | § | |
| PUDDY, LTD., DRACO CAPITAL, INC., EDWARD PASCAL, | § | |
| ROBERT MENDEL, STANLEY BERAZNIK, DON DUI, BEN | § | |
| ARIANO, 3791068 CANADA, INC., PETER TAYLOR, JOHN E. | § | |
| PANNETON, WAYNE C. FOX, DAVID CURRIE, BYRON | § | |
| MESSIER, DARSHAN KHURANA, MATEO NOVELLI, DIYA | § | |
| AL-SARRAJ, SEQUOIA AGGREESSIVE GROWTH FUND, | § | |
| LTD., SEQUOIA DIVERSIFIED GROWTH FUND, LTD., RIG III | § | |
| FUND, LTD., ARAN ASSET MANAGEMENT SA, SEMPER | § | |
| GESTION SA, and EOSPHOROS ASSET MANAGEMENT, INC. | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | ADVERSARY NO. 10-3150 |
| CENTURYTEL, INC. (a/k/a CENTURYLINK), CLARENCE | § | |
| MARSHALL, R. STEWART EWING, JR., MICHAEL E. | § | JURY TRIAL DEMANDED |
| MASLOWSKI, HARVEY P. PERRY, ROBERT KUBBERNUS, | § | |
| BALATON GROUP, INC., BANKTON FINANCIAL | § | |
| CORPORATION, BANKTON FINANCIAL CORPORATION, LLC, | § | |
| CLEARSKY MANAGEMENT, INC., WILSON VUKELICH, LLP | § | |
| and CLEARSKY INVESTMENTS, LP | § | |
| Defendants | § | |

## ORDER GRANTING AMENDED CONTEMPORANEOUS HEARING

Came on for consideration the Plaintiffs' Amended Motion for Contemporaneous

Hearing (the "Contemporaneous Hearing Motion"). The Court finds that the relief requested in

the Contemporaneous Hearing Motion is in the parties' best interest and that good and sufficient

cause exists for granting the relief as set forth herein.  It is therefore

ORDERED that the Contemporaneous Hearing Motion is granted; It is further

ORDERED that a hearing on the Plaintiffs Motion of the Plaintiffs for an Order

Remanding or alternatively to Abstain from hearing this Adversary Proceeding, and for

Sanctions ("Motion to Remand"). is set for May 27, 2010, at 9:00 a.m. (Central) before the
*# 14*
Honorable Jeff Bohm, in the United States Bankruptcy Court, 515 Rusk Avenue Houston, Texas

77002.

It is further

ORDERED that any party objecting to the relief sought in the Contemporaneous Hearing

Motion shall file and serve its response ~~and any supporting affidavits~~ by 5:00 P.M. two (2)

business days prior to the hearing set herein.

ORDERED that counsel for the Plaintiffs shall provide Notice.

IT IS SO ORDERED.

Dated:

*April 30, 2010*

_____
HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE  OF  NOTICE

District/off: 0541-4          User: rste              Page 1 of 2            Date Rcvd: May 03, 2010
Case: 10-03150               Form ID: pdf111          Total Noticed: 1


The following entities were noticed by first class mail on May 05, 2010.
aty          +Robert Marc Manley,   McKool Smith PC,   300 Crescent Ct,   Ste 1200,   Dallas, TX 75201-6935

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          3790168 Canada, Inc.
pla          ARAN Asset Management SA
pla          BLF Partners, Ltd.
pla          BMT Grantor Trust
dft          Balaton Group
dft          Bankton Financial Corporation
dft          Bankton Financial Corporation LLC
pla          Barry Klein
pla          Bella Kreiger
pla          Ben Ariano
pla          Brian W Harle
pla          Byron Messier
dft          Centurytel, Inc.
pla          Charles Stack
pla          Chet Gutowsky
dft          Clarence Marshall
dft          Clearsky Investments, LP
dft          Clearsky Management Inc
pla          Darshan Khurana
pla          David Currie
pla          David Togut
pla          Diya Al-sarraj
pla          Don Dui
pla          Draco Capital, Inc.
pla          ECAL Partners, Ltd.
pla          Edward Pascal
pla          Eosphoros Asset management, Inc.
pla          Gloster Holdings, LLC
dft          Harvey P. Perry
pla          Jason Charles Togut Trust
pla          Joanne Schermerhorn
pla          John E. Panneton
pla          John Waymire
pla          Joseph A. Lopez
pla          Joseph Baker
pla          Lawrence Solomon
pla          Llewellyn John
pla          Lynn Joyce Elstein Trust
pla          Martin Pollack
pla          Mateo Novelli
pla          Melvyn Reiser
dft          Michael E Maslowski
pla          Michael Stein
pla          Movada, Ltd.
pla          Peter Taylor
pla          Puddy, Ltd.
dft          R. Stewart Ewing, Jr.
pla          Rees A John
pla          Rig III Fund, Ltd.
pla          Robert Foote
dft          Robert Kubbernus
pla          Robert Mendel
pla          Semper-Gestion SA
pla          Sequoia Aggressive Growth Fund, Ltd.
pla          Sequoia Diversified Growth Fund, Ltd.
pla          Stanley Beraznik
pla          Tracy Elstein
pla          Wayne C. Fox
pla          Whiz Kid Ventures,   .
dft          Wilson Vukelich, LLP
pla          Yecheskel Kahan
                                                                              TOTALS: 61, * 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0541-4          User: rste              Page 2 of 2            Date Rcvd: May 03, 2010
Case: 10-03150                Form ID: pdf111         Total Noticed: 1
```

```
                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2010**                           **Signature:** _____