**Exhibit A**

Case 10-03150   Document 38-1   Filed in TXSB on 05/14/10   Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § § SKYPORT GLOBAL § COMMUNICATIONS, INC., § Debtor § § | | CASE NO. 08-36737-H4-11 (Chapter 11) |

| | | |
|---|---|---|
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, CHET GUTOWSKY, JOHN LLEWELLYN, JOSEPH A. LOPEZ, ROBERT FOOTE, BLF PARTNERS, LTD., ECAL PARTNERS, LTD., WHIZKID VENTURE, LLC, BELLA KRIEGER, MARTIN POLLAK, GLOSTER HOLDINGS, LLC, MELVYN REISER, BARRY KLEIN, CHESKEL KAHAN, JOHN A. REES, BRIAN W. HARLE, MICHAEL STEIN, LAWRENCE SOLOMON, TRACY ELSTEIN & DAVID TOGUT, JASON CHARLES TOGUT TRUST, BMT GRANTOR TRUST, LYNN JOYCE ELSTEIN TRUST, CHARLES STACK, JOSEPH BAKER, MOVADA, LTD., PUDDY, LTD., DRACO CAPITAL, INC., EDWARD PASCAL, ROBERT MENDEL, STANLEY BERAZNIK, DON DUI, BEN ARIANO, 3791068 CANADA, INC., PETER TAYLOR, JOHN E. PANNETON, WAYNE C. FOX, DAVID CURRIE, BYRON MESSIER, DARSHAN KHURANA, MATEO NOVELLI, DIYA AL-SARRAJ, SEQUOIA AGGREESSIVE GROWTH FUND, LTD., SEQUOIA DIVERSIFIED GROWTH FUND, LTD., RIG III FUND, LTD., ARAN ASSET MANAGEMENT SA, SEMPER GESTION SA, and EOSPHOROS ASSET MANAGEMENT, INC. Plaintiffs | § § § § § § § § § § § § § § § § § § § § | |
| vs. | § | ADVERSARY NO. 10-3150 |
| CENTURYTEL, INC. (a/k/a CENTURYLINK), CLARENCE MARSHALL, R. STEWART EWING, JR., MICHAEL E. MASLOWSKI, HARVEY P. PERRY, ROBERT KUBBERNUS, BALATON GROUP, INC., BANKTON FINANCIAL CORPORATION, BANKTON FINANCIAL CORPORATION, LLC, CLEARSKY MANAGEMENT, INC., WILSON VUKELICH, LLP and CLEARSKY INVESTMENTS, LP Defendants | § § § § § § § § § § | JURY TRIAL DEMANDED |

**DECLARATION OF ERIC FRYAR**

My name is Eric Fryar. I am an attorney licensed to practice law in the State of Texas. I am also admitted to practice in the United States District Court for the Southern District of Texas. I am acting as local counsel for the plaintiffs in this matter. I make this declaration under penalties of perjury and as an officer of this Court. All statements herein are within my personal knowledge and are true and correct.

I am not a bankruptcy lawyer and have appeared only very rarely in Bankruptcy Court in a few adversary proceedings. In the first weeks after the removal, plaintiffs had not yet found bankruptcy counsel to assist us in this matter. I understand that Mr. Hugh M. Ray III, one of defendants' counsel, has represented to the Court that Camille Tankersley, an associate in my office, is an experienced bankruptcy lawyer. That is completely false. Ms. Tankersley has not worked on this matter and her prior practice in Bankruptcy Court was limited to filing a large number of proofs of claims on behalf of a client of one of her former employers.

My office received the draft statement for filing on April 9, 2010. However, I was out of town April 9-12 to attend the funeral of my oldest friend's father in Brownwood, Texas and to spend some time comforting the family. Due to miscommunication with my assistant, I was not aware that the draft had arrived, and the filing escaped my notice when I returned on April 12. I filed the 9027(e) statement immediately when I realized my error on April 13. I could not have filed the statement remotely from Brownwood, because I did not then have permission to file through the ECF system in the Bankruptcy Court. I had learned the previous week that my access to the District Court system did not allow me to file in the Bankruptcy Court. I had requested a password for use with the Bankruptcy Court ECF, but I did not receive my password until April 15. Therefore, it was necessary for us to file the 9027(e) statement by hand, which we did on April 13, 2010.

I do not contend that we are in any way exempted from complying with the Bankruptcy Rules after the removal of our case from state court. However, I offer this explanation to the Court in an effort to show that my filing a day late was the result of confusion and circumstances, and would request that this Court grant the relief sought to enlarge the time for filing.

May 14, 2010

                                       /s/ Eric Fryar  
                                       Eric Fryar