IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § § § | CASE NO. 08-36737-H4-11 (Chapter 11) |
| Debtor | § | |
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, ET AL., PLAINTIFFS | § § § § | |
| VS. | § § | ADVERSARY NO. 10-03150 |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), CLARENCE MARSHALL, ET AL, DEFENDANTS | § § § § | |

### ORDER
(Relates to Docket #38)

Upon consideration of the *Motion For Reconsideration of Defendants' Motion to Strike Plaintiffs' Rule 9027(E)(3) Statement Pursuant To Bankruptcy Rule 9024* ("Motion to Reconsider") [Docket #38] filed by Plaintiffs, any objections thereto, and the argument of counsel, if any, the Court finds as follows:

The Motion to Reconsider is DENIED.

DATED:_____

_____
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

Dallas 301894v1                                      1