IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § § § | CASE NO. 08-36737-H4-11 |
| Debtor | § | |
| JOANNE SCHERMERHORN, ET AL., | § | |
| Plaintiffs | § § | |
| v. | § § | Adversary No. 10-03150 |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), ET AL., | § § | |
| Defendants | | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

Comes now, W. Steve Smith, McFall, Breitbeil & Shults, P.C., 1331 Lamar Street, Suite 1250, Houston, Texas 77010, entering an appearance as bankruptcy co-counsel, with Eric Fryar, Samuel Goldman and Harold B. Obstfeld, for plaintiffs, Joanne Schermerhorn, et al., and respectfully requests that all notices given in this case and all papers which are required to be served in this case be given to him at the address, telephone, facsimile number and/or e-mail address, as is appropriate, listed below:

W. Steve Smith
McFall, Breitbeil & Shults, P.C.
1250 Four Houston Center
1331 Lamar Street
Houston, Texas 77010-3027
(713) 590-9300
(713) 590-9399
Email: ssmith@mcfall-law.com

DATED:  May 19, 2010.

        Respectfully submitted,

        M<small>C</small>F<small>ALL</small>, B<small>REITBEIL</small> & S<small>HULTS</small>, P.C.

By:   */s/ W. Steve Smith*
       W. STEVE SMITH
       State Bar No. 18700000
       1331 Lamar Street, Suite 1250
       Houston, Texas 77010
       (713) 590-9300
       (713) 590-9399 (fax)

       ATTORNEY FOR PLAINTIFFS

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

I certify that a true and correct copy of the foregoing document is being served on the 19th day of May, 2010, on all of the following parties via regular first class mail, postage prepaid. Those ECF users registered in this case will receive electronic notice on May 19, 2010.

| Office of U.S. Trustee<br>515 Rusk Ave., Ste. 3516<br>Houston, TX 77002 | Eric Fryar<br>The Fryar Law Firm<br>1001 Texas Ave., Suite 1400<br>Houston, TX 77002 | Samuel Goldman<br>Samuel Goldman & Assoc.<br>100 Park Ave., 20th Fl.<br>New York, NY 10017 |
|---|---|---|
| Harold B. Obstfeld<br>Harold B. Obstfeld, P.C.<br>100 Park Ave., 20th Fl.<br>New York, NY 10017 | Wilson Vukelich, LLP<br>Valleywood Corporate Centre<br>60 Columbia Way, Suite 710<br>Markham, Ontario<br>L3R 0C9<br>CANADA | Robert M. Manley<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |
| Hugh M. Ray, III<br>McKool Smith, P.C.<br>600 Travis, Suite 7000<br>Houston, TX 77002 | | |

        */s/ W. Steve Smith*
        W. Steve Smith