IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § SKYPORT GLOBAL § COMMUNICATIONS, INC., § Debtor § | CASE NO. 08-36737-H4-11 (Chapter 11) |
| SkyPort Global Communications, Inc., Balaton Group, Inc., and Robert Kubbernus, § § § Plaintiffs § § Vs. § § Joanne Schermerhorn, John K. Waymire, Chet § Gutowsky, John Llewellyn, Joseph A. Lopez, § Robert Foote, BLF Partners, Ltd., ECAL Partners, § Ltd, Whiz Kid Ventures, LLC, Bella Krieger, § Martin Pollak, Gloster Holdings, LLC, Melvyn § Reiser, Barry Klein, Yecheskel Kahan, John § A. Rees, Brian W. Harle, MD, Michael Stein, § Lawrence Solomon, Tracy Elstein & David § Togut, Jason Charles Togut Trust, BMT Grantor § Trust, Lynn Joyce Elstein Trust, Charles Stack, § Joseph Baker, Movada, Ltd., Puddy, Ltd., Draco § Capital, Inc., Edward Pascal, Robert Mendel, § Stanley Beraznik, Don Dui, Ben Ariano, 3790168 § Canada, Inc., Peter Taylor, John E. Panneton, § Wayne C. Fox, David Currie, Byron Messier, § Darshan Khurana, Mateo Novelli, Diya Al-Sarraj, § Sequoia Aggressive Growth Fund, Ltd., Sequoia § Diversified Growth Fund, Ltd., Rig III Fund, Ltd., § Aran Asset Management SA, Semper Gestion § SA, and Eosphoros Asset Management, Inc., § Defendants § | ADVERSARY NO. 10-03225 |
| JOANNE SCHERMERHORN, JOHN K. § WAYMIRE, ET AL., § PLAINTIFFS § § VS. § § CENTURYTEL, INC. (A/K/A CENTURYLINK), § CLARENCE MARSHALL, ET AL, § DEFENDANTS § | ADVERSARY NO. 10-03150 |

**NOTICE OF HEARING**

1

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing has been set on **Thursday, May 27, 2010, at 9:00 a.m., before the Honorable Jeff Bohm, in Courtroom 600**, at the United States Courthouse, 515 Rusk, 6th Floor, Houston, Texas, on the following Motions:

1. Plaintiffs' Rule 42 Motion to Consolidate Adversary Proceedings [Adv. No. 10-3225, Docket #2]; and

2. Plaintiffs' Rule 42 Motion to Consolidate Adversary Proceedings [Adv. No. 10-3150, Docket #44].

DATED: May 24, 2010

Respectfully submitted,

HOOVER SLOVACEK, L.P.

By: */s/ Edward L. Rothberg*
 EDWARD L. ROTHBERG
 State Bar No. 17313990
 MELISSA A. HASELDEN
 State Bar No. 00794778
 ANNIE E. CATMULL
 State Bar No. 00794932
 5847 San Felipe, Ste 2200
 Houston, Texas 77057
 Telephone: (713) 977-8686
 Facsimile: (713) 977-5395

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the above and foregoing Notice of Hearing were forwarded by first class mail, postage prepaid, and by ECF notification on May 24, 2010 to the following parties:

*Defendants' Counsel*:

W. Steve Smith
McFall, Breitbeil & Shults, P.C.
1250 Four Houston Center
1331 Lamar Street
Houston, TX 77010

Eric Fryar
The Fryar Law Firm
1001 Texas Ave, Ste 1400
Houston, TX 77002-3194

Samuel Goldman
Samuel Goldman & Assoc.
100 Park Ave 20th FL
New York, NY 10017

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
100 Park Ave 20th FL
New York, NY 10017

Wilson Vukelich, LLP
Valleywood Corp. Centre
60 Columbia Way, Suite 710
Markham, Ontario L3R 0C9
Canada

*Wilson Vukelich, LLP*:
David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street, 36th FL
Houston, TX 77002
*(Subject to special appearance)*

Hugh M. Ray, III
McKool Smith PC
600 Travis, Suite 7000
Houston, TX 77002
*Counsel for Defendants (except Wilson Vukelich, LLP) in Adversary No. 10-3150, CenturyTel, Inc. (a/k/a CenturyLink), Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, Harvey P. Perry, Robert Kubbernus, Balaton Group, Inc., Bankton Financial Corporation, Bankton Financial Corporation, LLC, ClearSky Management, Inc., and ClearSky Investments, LP*

/s/ Edward L. Rothberg
EDWARD L. ROTHBERG

3