**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | **CASE NO. 08-36737-H4-11** |
| COMMUNICATIONS, INC., | § | **(Chapter 11)** |
| Debtor | § | |
| Joanne Schermerhorn, et al., | § | |
| Plaintiffs | § | |
| | § | |
| Vs. | § | **ADVERSARY NO. 10-03150** |
| | § | |
| CenturyTel, Inc. (a/k/a CenturyLink), et al., | § | |
| Defendants | § | |

## DEFENDANTS' WITNESS AND EXHIBIT LIST

### *WITNESSES*

The above-captioned Defendants[1] may call any of the following witnesses at the trial to be held May 27, 2010, beginning at 9:00 a.m. whether in person or by proffer:

1.    Robert Manley
       McKool Smith P.C.
       300 Crescent Court Ste 1500
       Dallas, Texas 75201;

2.    Hugh M. Ray, III
       McKool Smith P.C.
       600 Travis, Suite 7000
       Houston, Texas 77002;

3.    Any witness listed by any other party; and

4.    Any witnesses necessary to rebut the testimony of witnesses called or designated by any other party.

---

[1]    Except for Wilson Vukelich, LLP, a Canadian law firm doing business in Canada, which is represented by the law firm of Porter & Hedges subject to special appearance.

*EXHIBITS*

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | McKool Smith Invoice #31897 [redacted] | | | | | |
| 2. | McKool Smith Invoice #32499 [redacted] | | | | | |
| 3. | List of Equity Security Holders [main case, docket #43] | | | | | |
| 4. | Mailing Matrix [main case] | | | | | |
| 5. | Disclosure Statement [main case, docket #222] | | | | | |
| 6. | Certificate of Service re: Disclosure Statement and BNC Certificate of Service on Order and Notice for Hearing On Disclosure Statement [main case, docket #230] | | | | | |
| 7. | Amended Disclosure Statement [main case, docket #264] | | | | | |
| 8. | Certificate of Service re: Chapter 11 Plan, Amended Disclosure Statement, and Order Approving Disclosure Statement [main case, docket #268] | | | | | |
| 9. | Emergency Motion to Approve Modifications to Debtor's Chapter 11 Plan of Reorganization [main case, docket #290] | | | | | |
| 10. | Order Confirming Plan with attachments [main case, docket #340] | | | | | |
| 11. | BNC Certificate of Service re: Docket #340 [main case, docket #342] | | | | | |
| 12. | Docket in Case No. 08-36737 | | | | | |
| 13. | Docket in Adv. No. 10-3150 | | | | | |

Defendants adopt all other exhibits and exhibit lists submitted by all other parties as its own by reference, reserving its right to object to any of those exhibits.  Defendants reserve the right to supplement or amend this Witness and Exhibit List at any time prior to the trial.

DATED: May 26, 2010.

Respectfully submitted,

MCKOOL SMITH P.C.

By:   */s/ Hugh M. Ray, III*
      HUGH M. RAY, III
      State Bar No. 24004246
      ROBERT M. MANLEY
      State Bar No. 00787955
      600 Travis, Suite 7000
      Houston, Texas 77002
      Telephone: (713) 485-7300
      Facsimile: (713) 485-7344

**ATTORNEYS FOR DEFENDANTS**
**(EXCEPT WILSON VUKELICH, LLP)**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was forwarded on this 26th day of May, 2010, via the ECF system to all parties on the ECF service list.

*/s/ Hugh M. Ray, III*
HUGH M. RAY, III