IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § § § | CASE NO. 08-36737-H4-11 |
| Debtor | § | |
| JOANNE SCHERMERHORN, ET AL., | § | |
| Plaintiffs | § § | |
| v. | § § | Adversary No. 10-03150 |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), ET AL., | § § § | |
| Defendants | | |

### PLAINTIFFS' NOTICE OF DISMISSAL OF PLAINTIFFS' MOTION TO DISQUALIFY HUGH M. RAY, III AND MCKOOL SMITH, P.C. [RELATES TO DOC. #50]

Comes now Joanne Schermerhorn, et al., Plaintiffs herein and file Plaintiffs' Notice of Dismissal of Plaintiffs' Motion to Disqualify Hugh M. Ray, III and McKool Smith, P.C. (Doc. #50) (the "Motion"), respectfully showing as follows:

1. The Motion was filed on May 24, 2010.

2. No response to the Motion has been filed.

3. Pursuant to agreement with Hugh M. Ray, III and McKool Smith, P.C., Plaintiffs file this Plaintiffs' Notice of Dismissal of Plaintiffs' Motion to Disqualify Hugh M. Ray, III and McKool Smith, P.C.

Dated: June 2, 2010.

Respectfully submitted,

MCFALL, BREITBEIL & SHULTS, P.C.

By: */s/ W. Steve Smith*
    W. STEVE SMITH
    State Bar No. 18700000
    1331 Lamar Street, Suite 1250
    Houston, Texas 77010
    (713) 590-9300
    (713) 590-9399 (fax)

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
    SAMUEL GOLDMAN
    100 Park Ave., 20th Fl.
    New York, NY 10017
    (212) 725-1400
    (212) 725-0805 (fax)

THE FRYAR LAW FIRM

By: */s/ Eric Fryar*
    F. ERIC FRYAR
    State Bar No. 07495770
    1001 Texas Ave., Suite 1400
    Houston, Texas 77002
    (281) 715-6396
    (281) 715-6397 (fax)

HAROLD B. OBSTFELD, P.C.

By: */s/ Harold B. Obstfeld*
    HAROLD B. OBSTFELD
    100 Park Ave., 20th Floor
    New York, NY 10017
    (212) 696-1212
    (212) 867-7360 (fax)

    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document is being served on the 2nd day of June, 2010, on all of the following parties via regular first class mail, postage prepaid. Those ECF users registered in this case will receive electronic notice on June 2, 2010.

| | | |
|---|---|---|
| Office of U.S. Trustee<br>515 Rusk Ave., Ste. 3516<br>Houston, TX 77002 | Hugh M. Ray, III<br>McKool Smith, P.C.<br>600 Travis, Suite 7000<br>Houston, TX 77002 | Edward L. Rothberg<br>Hoover Slovacek, L.P.<br>5847 San Felipe, Ste. 2200<br>Houston, TX 77057 |

                                              */s/ W. Steve Smith*
                                              W. Steve Smith