**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | (Chapter 11) |
| Debtor | § | |
| JOANNE SCHERMERHORN, JOHN K. | § | |
| WAYMIRE, ET AL., | § | |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | ADVERSARY NO. 10-03150 |
| | § | |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), | § | |
| CLARENCE MARSHALL, ET AL, | § | |
| DEFENDANTS | § | |

**ORDER DENYING MOTION TO REMAND**
(Refers to Docket #14)

For the reasons stated on the record on May 27, 2010, Plaintiffs' *Motion to Remand, or*

*Alternatively to Abstain and for Sanctions* (Docket #14) is DENIED AS MOOT.

**Dated:**

_____
**Honorable Jeff Bohm
United States Bankruptcy Judge**