# McKool Smith

A PROFESSIONAL CORPORATION · ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.                                                    May 25, 2010
100 CenturyTel Drive                                        Bill Number    32499
Monroe, LA  71203                                           File Number    01235-17102

## FOR PROFESSIONAL SERVICES

RE: Kubbernus / CenturyTel Joint Billing Account

## LEGAL SERVICES

Through April 30, 2010

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/10 | HMR | Review draft of discovery motion and modify to add motion for bifurcation; discuss strategy with I. Wang; review pending matters and begin assignment of work to subordinates for their immediate action; research ▮▮▮▮▮▮▮▮▮▮▮▮ litigation ▮▮▮. | 5.70 | $2,935.50 |
| 04/01/10 | CL | Review legal research related to motion for leave to promulgate discovery; review draft of motion for leave to promulgate discovery; conference with I. Wang regarding same. | 2.00 | $990.00 |
| 04/01/10 | IW | Teleconference with C. Limpus regarding motion; collect research and summarize cases; correspond with R. Manley regarding research; conference with C. Limpus regarding motion and edits. | 1.30 | $455.00 |
| 04/01/10 | RMM | Follow-through on removal of action to bankruptcy court; review precedent regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮. | 3.80 | NC |
| 04/02/10 | RMM | Conference with H. Ray III regarding motion for separate trial; continue to review legal precedent supporting motion to dismiss; review motion for leave to seek essential discovery from plaintiff individual shareholders prior to the Rule 26(f) conference. | 2.70 | $1,822.50 |

# MCKOOL SMITH

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/02/10 | HMR | Draft motion for bifurcated trials to try the issue of the discharge injunction first; calls with I. Wang and R. Manley about same. | 4.20 | $2,163.00 |
| 04/02/10 | CL | Review legal research related to motion for leave to promulgate discovery; conference with I. Wang regarding same. | 0.50 | $247.50 |
| 04/02/10 | IW | Incorporate edits; review additional cases; organize section; proofread; correspond with team regarding motion; review changes and edit; edit citations; edit order. | 5.00 | $1,750.00 |
| 04/05/10 | HMR | Discuss strategy with R. Kubbernus and potential intervention of SkyPort. | 1.10 | $566.50 |
| 04/05/10 | CL | Review relevant case law regarding ███████████ causes of action ███████████ | 1.80 | $891.00 |
| 04/06/10 | RMM | Conference with H. Ray III regarding meet and confer; several attempted meeting with opposing counsel; investigate ███████████. | 2.80 | $1,890.00 |
| 04/06/10 | HMR | Attempt to call opposing counsel (his system did not permit contact); review motion to bifurcate trial and revise; discuss strategy with R. Manley; | 1.90 | $978.50 |
| 04/06/10 | HMR | Discuss case with counsel for plaintiff; discuss conclusions with co-counsel and forward filed motion. | 0.60 | $309.00 |
| 04/06/10 | CL | Review filed motion to bifurcate and take early discovery; review relevant case law regarding ███████████ causes of action ███████████, review plaintiffs petition and chart regarding causes of action and alleged facts. | 7.00 | $3,465.00 |
| 04/07/10 | RMM | Review correspondence to opposing counsel regarding attempted meet and confer regarding the motion for discovery; review motion to bifurcate; correspond with and transmit same to client. | 2.90 | $1,957.50 |

Page: 2

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/07/10 | HMR | Discuss case strategy and research issues with C. Limpus; review issues raised by opposing counsel in call. | 0.50 | $257.50 |
| 04/07/10 | CL | Review relevant case law regarding ▉▉▉▉▉▉▉▉ causes of action ▉▉▉▉▉▉▉▉▉▉, review confirmation hearing transcript. | 9.60 | $4,752.00 |
| 04/07/10 | RAV | Conference with H. Ray III regarding telephone conference and review of pleadings. | 0.20 | $65.00 |
| 04/07/10 | RAV | Review and analyze motion to dismiss; review and analyze petition. | 1.80 | $585.00 |
| 04/08/10 | RMM | Conference with I. Wang, C. Limpus and H. Ray III regarding hearing before Judge Bohm. | 1.50 | $1,012.50 |
| 04/08/10 | HMR | Discuss case with client; meet with R. Manley to discuss hearing on the 14th and work needed for hearing. | 1.10 | $566.50 |
| 04/08/10 | CL | Legal research issue of notice requirement of bankruptcy proceeding; legal research issue of res judicata of bankruptcy plans; prepare for up-coming court conference. | 7.00 | $3,465.00 |
| 04/08/10 | IW | Conference with C. Limpus regarding research; conference with D. Pearson regarding research and potential assistance with case; collect and review cases. | 2.90 | $1,015.00 |
| 04/09/10 | HMR | Review client e-mails about potential causes of action by SkyPort; discuss legal research with I. Wang; begin process of assisting with SkyPort intervention; call with potential counsel for co-defendant. | 1.40 | $721.00 |
| 04/09/10 | CL | Review communication from client regarding potential damages to Skyport; review case law regarding interpleader. | 4.50 | $2,227.50 |
| 04/09/10 | IW | Teleconference with H. Ray regarding research; teleconference with C. Limpus regarding research; consider anticipated tasks; draft and correspond tasks for client. | 0.90 | $315.00 |
| 04/11/10 | CL | Legal research issue of ▉▉▉▉▉▉▉▉▉ f bankruptcy proceedings; communications to H. Ray III regarding same. | 7.10 | $3,514.50 |

# McKool Smith

A PROFESSIONAL CORPORATION · ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/11/10 | IW | Teleconferences with C. Limpus regarding research and related issues. | 0.50 | $175.00 |
| 04/12/10 | HMR | Conference call with R. Van Meter, I. Wang, C. Limpus to discuss pending assignments and prepare for hearing on the 14th. | 0.70 | $360.50 |
| 04/12/10 | CL | Legal research issue of ███████████ bankruptcy proceedings; communications with I. Wang regarding same; legal research regarding res judicata of bankruptcy plans. | 6.80 | $3,366.00 |
| 04/12/10 | IW | Analyze issues relating to hearing; conference with C. Limpus regarding tasks and research; conference with C. Limpus and R. Manley regarding updates and research; strategy teleconference with Houston and C. Limpus; analyze facts related to pleadings and notice; conference with C. Limpus and teleconference with C. Limpus and H. Ray regarding findings and action items. | 3.50 | $1,225.00 |
| 04/12/10 | RAV | Conference with I. Wang regarding conference call to discuss complaint and motion to dismiss; conference with H. Ray III, C. Limpus and I. Wang to discuss status of case and hearing on Wednesday. | 1.20 | $390.00 |
| 04/13/10 | RMM | Review status of plaintiffs in preparation for hearing before Judge Bohm to seek initial discovery of knowledge of pendency of Bankruptcy matter; conference with H. Ray III regarding the motion to strike the plaintiffs' untimely Rule 9027(e)(3) statement; review same; prepare for hearing. | 3.10 | $2,092.50 |
| 04/13/10 | HMR | Call with R. Kubbernus about proceeding and issues for hearing; review late statement by plaintiffs objecting to notice of removal and draft motion to strike same; finalize and file same; communicate with co-counsel about same in preparation for hearing. | 3.50 | $1,802.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/13/10 | CL | Legal research regarding issue for up-coming status conference; review case law regarding ████████ conference with R. Manley regarding case strategy and status conference; draft complaint ████████. | 4.50 | $2,227.50 |
| 04/13/10 | IW | Edit chart and incorporate excerpts from confirmation plan; research notice as to particular plaintiff; research ████████ review case law; correspond and teleconference with C. Limpus regarding issues related to waiver and untimely filing by plaintiff; research case law regarding waiver and prejudice; draft research; analyze arguments; draft issues and correspond with C. Limpus. | 9.30 | $3,255.00 |
| 04/14/10 | RMM | Prepare for hearing; conference with H. Ray to prepare for hearing; attend hearing; post hearing conference with R. Kubbernus; evaluate court's rulings and travel home; prepare report to clients regarding same; begin preparing for motion to dismiss hearing. | 9.00 | $6,075.00 |
| 04/14/10 | HMR | Prepare for and attend hearing on status of case before Judge Bohm and succeed in placing time limits on plaintiffs and the requirement of disclosure. | 7.50 | $3,862.50 |
| 04/14/10 | CL | Revise complaint ████████, legal research regarding ████████. | 5.80 | $2,871.00 |
| 04/14/10 | IW | Review issues and conference with C. Limpus regarding strategy; correspond with team regarding cases and factors in connection with motion to strike; strategy conference with C. Limpus regarding ████████ analyze legal and factual issues in regards to motion; teleconference with R. Manley regarding updates. | 2.10 | $735.00 |
| 04/15/10 | HMR | Multiple conferences with opposing counsel and telephone conference with counsel for Draco about potential compromises. | 1.00 | $515.00 |
| 04/15/10 | IW | Review correspondence from team; review issues related to remand; research pleadings and case law, | 3.50 | $1,225.00 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/16/10 | HMR | Draft order on Rule 7007.1 notice; confer with opposing counsel about same; finalize and send to clerk; work on analysis of pending issues; discuss case status with client; research applicable deadlines and scheduling. | 1.70 | $875.50 |
| 04/16/10 | IW | Correspond with staff regarding documents from client; review debentures. | 0.50 | $175.00 |
| 04/19/10 | RMM | Review of recent filings and telephone conference with H. Ray III regarding same. | 1.50 | $1,012.50 |
| 04/19/10 | HMR | Cursory review of lengthy filings by plaintiffs counsel and confer with co-counsel about same and strategy for response. | 3.10 | $1,596.50 |
| 04/19/10 | CL | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; legal research regarding ▓▓▓▓▓, review plaintiffs' motion for remand and opposition to motion to dismiss. | 7.90 | $3,910.50 |
| 04/19/10 | IW | Correspond with staff regarding action items; teleconference with J. Mow regarding case law binders; review motion to remand and correspond with team; review objection; motion regarding hearing; and corporate disclosures. | 2.60 | $910.00 |
| 04/20/10 | RMM | Initial review of plaintiffs' response to the motion to dismiss, motion to remand and corporate ownership statement; correspond with clients regarding same. | 1.50 | $1,012.50 |
| 04/20/10 | HMR | Call with client about case; discuss strategy with R. Manley; review case law related to underlying issue; assign research to N. Zugaro; work on strategy related to motion to remand and assign research to associates about same. | 1.90 | $978.50 |
| 04/20/10 | CL | Review plaintiffs' motions for remand and opposition to motion to dismiss; conference with R. Manley and I. Wang regarding responses to plaintiffs' motions; legal research related to issues for opposition to motion to remand. | 6.90 | $3,415.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/20/10 | IW | Conference with C. Limpus regarding motion and opposition; conference with N. Zugaro regarding opposition and local practice; review rules and cases citied by opposing counsel. | 3.30 | $1,155.00 |
| 04/20/10 | NZ | Review motion for remand filed by plaintiffs to determine arguments for response; research Rule 9027 and its applicability to bankruptcy removal. | 2.50 | $712.50 |
| 04/21/10 | CL | Conference with I. Wang regarding responses to plaintiffs' motions; legal research related to issues for opposition to motion to remand. | 5.20 | $2,574.00 |
| 04/21/10 | IW | Review seminal case and analyze facts; analyze motion to remand and chart facts against petition; review cases and issues related to direct versus derivative claims. | 9.70 | $3,395.00 |
| 04/21/10 | NZ | Research procedural removal issue related to Bankruptcy Rule 9027. | 3.70 | $1,054.50 |
| 04/22/10 | CL | Review legal research related to issues for opposition to motion to remand; conference with I. Wang regarding same. | 7.60 | $3,762.00 |
| 04/22/10 | NZ | Research removal standards and case law for bankruptcy court. | 3.20 | $912.00 |
| 04/22/10 | IW | Correspond with R. Manley and C. Limpus regarding ▮▮▮▮▮▮▮ and case law; teleconference with C. Limpus regarding updates and action items; review petition and draft chronology. | 9.90 | NC |
| 04/23/10 | CL | Review legal research related to issues for opposition to motion to remand; review case law cited in plaintiffs' pleadings. | 9.10 | $4,504.50 |
| 04/23/10 | IW | Continue to chronicle petition; teleconference with H. Ray III regarding motion and strategy; teleconference with C. Limpus regarding updates and action item. | 11.80 | $4,130.00 |
| 04/23/10 | NZ | Revise materials for rule 9027 removal issue. | 0.30 | $85.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/25/10 | CL | Review legal research related to issues for opposition to motion to remand. | 4.20 | $2,079.00 |
| 04/25/10 | IW | Continue to draft chronology; review motion to remand; incorporate events identified in motion to remand. | 4.40 | $1,540.00 |
| 04/26/10 | RMM | Review and revise outline of complaint factual allegations; conference with I. Wang regarding required changes. | 2.80 | $1,890.00 |
| 04/26/10 | HMR | Discuss case with client; review documents for same; research relating to bankruptcy matters and review of N. Zugaro's research. | 1.50 | $772.50 |
| 04/26/10 | CL | Review case law cited in plaintiffs' pleadings; develop arguments for response briefs; conference with R. Manley and I. Wang regarding briefs; review outline of facts; review Texas and Delaware law related to determination of derivative actions. | 11.50 | $5,692.50 |
| 04/26/10 | IW | Review cases; review pleading from seminal case; edit chart with fact allegations; conference with staff regarding edits and preparing materials; conference with C. Limpus regarding issues; strategy conference with R. Manley and C. Limpus; analyze cases and facts. | 9.40 | $3,290.00 |
| 04/27/10 | HMR | Prepare for meeting with I. Wang and C. Limpus about game plan and review cases; discuss with C. Limpus and I. Wang the legal positions for drafting the response to motion to remand; review order from bankruptcy court denying opponent's motion to set hearing; review correspondence from S. Goldman and discuss same with I. Wang and C. Limpus; research rebuttal arguments. | 5.70 | $2,935.50 |
| 04/27/10 | CL | Prepare for conference with R. Manley and H. Ray▮▮▮ regarding opposition to motion for remand; review case law and alleged facts regarding motion for remand; develop arguments for response to motion for remand. | 10.50 | $5,197.50 |

Page: 8

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/27/10 | IW | Review research; analyze shareholder issue; analyze cases and distinguish; research and review cases; draft summary chart and organize; multiple conferences with C. Limpus regarding issues and strategy; research ▮▮▮▮▮▮▮▮▮▮▮ issue; conference with H. Ray III and C. Limpus regarding update and tasks. | 8.90 | $3,115.00 |
| 04/28/10 | RMM | Review order denying motion to set hearing. | 0.20 | $135.00 |
| 04/28/10 | CL | Review legal research and fact outline in preparation of draft response to plaintiffs' motion to remand; conference with I. Wang regarding same. | 7.80 | $3,861.00 |
| 04/28/10 | IW | Continue to research ▮▮▮▮▮▮; review and analyze cases; teleconference with C. Limpus regarding research and issues; draft issues and distinguish cases for response; research case law in support of defendants positions. | 6.00 | $2,100.00 |
| 04/29/10 | HMR | Review email from client requesting status update and provide status of case to client. | 0.90 | $463.50 |
| 04/29/10 | HMR | Discuss responsive pleadings with I. Wang and C. Limpus and discuss strategy. | 1.00 | $515.00 |
| 04/29/10 | CL | Review legal research in preparation of draft response to plaintiffs' motion to remand; conference with I. Wang regarding same. | 6.10 | $3,019.50 |
| 04/29/10 | IW | Continue to conduct research; conferences with C. Limpus; analyze Delaware law; analyze issues regarding pleadings; analyze federal rules; strategy conference with C. Limpus and H. Ray III; strategy conference with C. Limpus regarding pleadings; strategy conference with C. Limpus and R. Manley regarding issues and tasks; continue to review issues and action items. | 8.50 | $2,975.00 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/30/10 | CL | Review legal research and fact outline in preparation of draft response to plaintiffs' motion to remand; conference with I. Wang regarding same; prepare response to motion to remand; review case law cited in plaintiffs' motion to remand. | 9.10 | $4,504.50 |
| 04/30/10 | IW | Research Delaware law on ████████████, research cases; read cases and draft work product; analyze cases and issues relating to same and draft research; teleconferences with C. Limpus regarding mental impressions and strategy; continue research. | 10.20 | $3,570.00 |

TOTAL LEGAL SERVICES  $152,922.00

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT M. MANLEY | 28.00 Hrs | 675.00/hr | $18,900.00 |
| HUGH M. RAY III | 45.00 Hrs | 515.00/hr | $23,175.00 |
| CHRISTOPHER LIMPUS | 142.50 Hrs | 495.00/hr | $70,537.50 |
| IVAN WANG | 104.30 Hrs | 350.00/hr | $36,505.00 |
| RUTH VAN METER | 3.20 Hrs | 325.00/hr | $1,040.00 |
| NICHOLAS ZUGARO | 9.70 Hrs | 285.00/hr | $2,764.50 |
| IVAN WANG | 9.90 Hrs | 0.00/hr | NC |
| ROBERT M. MANLEY | 3.80 Hrs | 0.00/hr | NC |
| | **346.40 Hrs** | | **$152,922.00** |

## DISBURSEMENTS

Through April 30, 2010

Filing Fee

Page: 10

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| | | |
|---|---|---|
| 03/30/2010 | Vendor 1000004-01: Hugh M. Ray III; Filing fee - removal action, adversary Proceeding. Check #: 76836 | 250.00 |
| Filing Fee Total | | $250.00 |
| Postage | | |
| Postage Total | | $48.76 |
| Travel Expense | | |
| 04/14/2010 | Vendor 001399-01: Robert M. Manley; Airfare to travel to Houston for hearing in Schemerhorn/Skyport motion to dismiss. Check #: 77032 | 293.90 |
| 04/14/2010 | Vendor 001399-01: Robert M. Manley; Cab fare to and from airport for trip to Houston for hearing in Schermerhorn/SkyPort motion to dismiss. | 65.47 |
| 04/27/2010 | Vendor 1000004-01: Hugh M. Ray III; 04.27.10 Travel to Dallas, TX Cab fare | 11.00 |
| 04/27/2010 | Vendor 1000004-01: Hugh M. Ray III; 04.27.10 Travel to Dallas, TX Airfare. | 163.95 |
| 04/27/2010 | Vendor 1000004-01: Hugh M. Ray III; 04.27.10 Travel to Dallas, TX Cab fare Check #: 77320 | 10.00 |
| 04/27/2010 | Vendor 1000004-01: Hugh M. Ray III; 04.27.10 Travel to Dallas, TX Airport parking. | 8.50 |
| Travel Expense Total | | $552.82 |
| Mileage | | |
| 03/26/2010 | Vendor 1000120-01: Jose Moreno; Mileage to take mail to post office. Check #: 76814 | 22.00 |
| Mileage Total | | $22.00 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

<u>Court Reporter</u>

| | | |
|---|---|---|
| 04/14/2010 | Vendor 1000177-01: Judicial Transcribers of Texas, Inc.; 04.14.10 Hearing transcript | 174.60 |
| Court Reporter Total | | $174.60 |

<u>Parking</u>

| | | |
|---|---|---|
| 04/14/2010 | Vendor 001399-01: Robert M. Manley; Parking at Love Field airport for trip to Houston. | 8.00 |
| Parking Total | | $8.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $1,056.18 |
| TOTAL - THIS BILL | $153,978.18 |

| | |
|---|---|
| Amount Due From CenturyTel, Inc. (50.00%) | $76,989.09 |
| Amount Due From Kubbernus Balaton Bankton & Clearsky (50.00%) | $76,989.09 |