# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.　　　　　　　　　　　　　　　　June 08, 2010
100 CenturyTel Drive　　　　　　　　　　　　　　Bill Number　32600
Monroe, LA  71203　　　　　　　　　　　　　　　File Number　01235-17102

**FOR PROFESSIONAL SERVICES**

RE: Kubbernus / CenturyTel Joint Billing Account

**LEGAL SERVICES**

Through May 31, 2010

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/10 | JLM | Receive and review plaintiffs' motion to remand or alternatively to abstain, and for sanctions; conference with I. Wang regarding same; research and pull cites in plaintiffs' motion; forward notebooks of same to I. Wang, C. Limpus, R. Manley, and H. Ray, III. | 3.70 | $684.50 |
| 05/01/10 | CL | Review legal research in preparation of draft response to plaintiffs' motion to remand; review case law cited in plaintiffs' motion to remand. | 2.60 | $1,287.00 |
| 05/01/10 | IW | Draft sections regarding duties; edit sections; continue to research applicable law; teleconference with C. Limpus regarding updates and research issues; continue to edit pleading sections regarding ▓▓▓ and law; review law on ▓▓▓▓▓▓, draft sections regarding same and integrate analysis. | 4.80 | $1,680.00 |
| 05/02/10 | CL | Review legal research related to response to plaintiffs' motion to remand; draft response to plaintiffs' motion to remand and reply to defendants' motion to dismiss. | 6.30 | $3,118.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013


CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/10 | IW | Research law regarding ▓▓▓ and draft section and sub-sections regarding same; edit sub-sections; continue to research and review applicable law and support; correspond with C. Limpus regarding work product; continue to edit analysis and pleading sections. | 8.80 | NC |
| 05/03/10 | RMM | Correspondence from N. Shelledy regarding case status; review pleadings and current procedural case posture to ascertain orders of issues to be addressed at hearing on the 27th; respond to same. | 0.80 | $540.00 |
| 05/03/10 | IW | Draft response to ▓▓▓ issue ▓▓▓; research issues; review cases; draft work product for response from research; teleconference with N. Zugaro regarding bankruptcy issues; conference with C. Limpus regarding pleading; continue to draft section; analyze arguments; review plaintiffs pleading. | 9.30 | $3,255.00 |
| 05/03/10 | NZ | Phone conversations with I. Wang regarding estoppel imposed by bankruptcy code against pre-petition claimants; email to I. Wang regarding estoppel and bankruptcy claimant issues; research the extent to which pre-petition claims are barred ▓▓▓ | 1.10 | $313.50 |
| 05/03/10 | HMR | Assign issues for research to subordinate attorneys and review work product. | 1.10 | NC |
| 05/03/10 | CL | Draft response to plaintiffs' motion to remand and reply to defendants' motion to dismiss. | 11.80 | NC |
| 05/04/10 | RMM | Review case law cited by plaintiffs in recent filing regarding support for claims asserted; telephone conference with C. Limpus regarding same; prepare draft response to the motion to remand. | 2.80 | $1,890.00 |
| 05/04/10 | CL | Draft and revise response to plaintiffs' motion to remand and reply to defendants' motion to dismiss; legal research regarding same. | 4.10 | $2,029.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/10 | IW | Review counts and analyze pleading, allegations, and parties; review case law; conference with C. Limpus; research elements; teleconference with C. Limpus; organize and edit sections; draft summaries; draft preliminary statement. | 9.60 | $3,360.00 |
| 05/05/10 | RMM | Prepare draft response to the motion to remand; review additional case law on the ▇▇▇▇▇ causes of action; correspond with C. Limpus regarding same. | 3.70 | $2,497.50 |
| 05/05/10 | HMR | Review response to motion to remand and comment on same; discuss with co-counsel. | 1.70 | $875.50 |
| 05/05/10 | CL | Draft and revise response to plaintiffs' motion to remand and reply to defendants' motion to dismiss; legal research regarding numerous alleged fraud claims. | 7.50 | $3,712.50 |
| 05/05/10 | IW | Continue to research elements; edit work product analysis of pleading and continue to research issues; read cases and analyze issues; teleconference with C. Limpus regarding pleading and arguments; review means to present demonstrative evidence; analyze organization of action; strategy teleconference with C. Limpus regarding analysis; search additional case law support for arguments; review petition to identify ▇▇▇▇▇ vel non; identify ▇▇▇▇▇ and correspond with C. Limpus. | 10.80 | $3,780.00 |
| 05/06/10 | RMM | Legal research to ascertain whether ▇▇▇▇▇ cause of action can be dismissed as a matter of law; work on response to motion to dismiss. | 5.80 | $3,915.00 |
| 05/06/10 | HMR | Research and draft bankruptcy portions of the response to the motion to remand including 9027 removal issue, issues of jurisdiction and abstention, and collateral attack issues. | 11.70 | $6,025.50 |
| 05/06/10 | CL | Draft and revise response to plaintiffs' motion to remand and reply to defendants' motion to dismiss; legal research regarding numerous alleged fraud claims and ▇▇▇▇▇ requirement. | 11.70 | $5,791.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/10 | NZ | Research regarding bankruptcy jurisdiction and whether remand is appropriate when claim ▬▬▬▬▬▬ is actually a bankruptcy claim; discuss remand issues with H.M. Ray III and I. Wang; draft sections for motion opposing remand. | 5.90 | $1,681.50 |
| 05/06/10 | IW | Research and analyze ▬▬▬▬▬▬ actions; research ▬▬▬▬▬▬ cases cited by plaintiffs; read and analyze cases against various issues identified by team; draft summary of to-date analysis of causes of actions; strategy teleconference with R. Manley and C. Limpus; draft issues and cite cases; summarize and identify issues from cases; teleconference with H. Ray and N. Zugaro regarding ▬▬▬▬▬▬; correspond with team; teleconference with C. Limpus regarding updates; research and analyze case law regarding certain claims alleged as ▬▬ causes of action; research certain claims with respect to plaintiffs ability to assert. | 13.10 | NC |
| 05/07/10 | RMM | Correspond with I. Wang and C. Limpus regarding potential ground to dismiss the ▬▬ causes of action; research same; provide redlines to response to motion to remand; conference with H. Ray III regarding filing the brief Monday; review arguments to be made during trial of matter; telephone conference with I. Wang and C. Limpus regarding revisions to brief; correspond with N. Shelledy regarding case issues. | 3.10 | $2,092.50 |
| 05/07/10 | HMR | Work on revisions to response to motion to remand and research regarding same. | 7.70 | $3,965.50 |
| 05/07/10 | CL | Draft and revise response to plaintiffs' motion to remand and reply to defendants' motion to dismiss; legal research regarding notice requirement. | 10.20 | $5,049.00 |

## McKool Smith
A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/10 | IW | Strategy conference with C. Limpus regarding purported claims issues; analyze issues; strategy teleconference and updates with R. Manley, H. Ray III, and C. Limpus; analyze facts in connection with certain plaintiffs; cite petition; search and analyze cases; draft work product regarding issue as to , analyze petition; teleconference with R. Manley regarding action items and tasks in preparation for filing. | 11.80 | $4,130.00 |
| 05/07/10 | NZ | Research Bankruptcy Rule 9027 and whether failure to respond or delay constitutes waiver; draft insert regarding rule 9027 and the plaintiff's failure to comply with the rule for objection to remand motion; phone conversation with I. Wang, H.M. Ray III, and C. Limpus regarding strategy for motion; review case law surrounding removal and remand in order to determine whether the argument can be cut-off by . | 4.50 | $1,282.50 |
| 05/08/10 | CL | Draft and revise response to plaintiffs' motion to remand and reply to defendants' motion to dismiss; legal research regarding numerous alleged claims and requirement. | 4.00 | $1,980.00 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/10 | IW | Analyze allegations regarding misrepresentations; draft opposition to direct claims; research case law; edit arguments; analyze organization; research cases regarding investments; research issues as to particular plaintiff group; re-organize sections; analyze organization and formatting; draft arguments regarding one plaintiff group; continue to research law; analyze petition regarding claims or lack of claims in support of opposition arguments; analyze another plaintiff group; analyze issues against allegations in petition; review sufficiency; draft arguments and incorporate method of organizing sections; teleconference with R. Manley regarding updates; teleconferences with C. Limpus regarding arguments and tasks; incorporate work product into brief; edit brief; organize parties in connection with fiduciary duty section; correspond updates to R. Manley and C. Limpus. | 5.10 | $1,785.00 |
| 05/09/10 | RMM | Telephone conference with H. Ray III, C. Limpus, and I. Wang regarding reply brief. | 2.30 | $1,552.50 |
| 05/09/10 | HMR | Series of ▓▓▓ calls and communications with C. Limpus and I. Wang and R. Manley about ▓▓▓ issues for remand motion. | 2.90 | $1,493.50 |
| 05/09/10 | CL | Draft and revise response to plaintiffs' motion to remand and reply to defendants' motion to dismiss; legal research regarding ▓▓▓ requirement. | 7.30 | $3,613.50 |
| 05/09/10 | IW | Review cases regarding choice of law; strategy teleconference with R. Manley and C. Limpus; review correspondence and action items; review certain case regarding specific issues; draft analysis. | 3.30 | $1,155.00 |
| 05/10/10 | RMM | Legal research regarding ▓▓▓ allegations and grounds to dismiss same; review response to motion to remand and provide comments to same for final filing draft. | 2.80 | $1,890.00 |

Page: 6

# MCKOOL SMITH

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/10/10 | HMR | Substantially re-write response to motion to remand as required by ▓▓▓▓▓ case law and after discussions with co-counsel; finalize and file same. | 13.70 | $7,055.50 |
| 05/10/10 | CL | Finalize response to plaintiffs' motion to remand; legal research regarding notice requirement. | 10.20 | $5,049.00 |
| 05/10/10 | IW | Review arguments and issues; conference with C. Limpus regarding arguments and filing; conference with R. Manley and C. Limpus regarding additional issues relating to notice and to bankruptcy and related litigation; analyze issues; proofread and edit brief; teleconference with H. Ray III regarding issues and updates; continue to edit brief; correspond and coordinate with team regarding edits. | 5.50 | $1,925.00 |
| 05/10/10 | NZ | Research case law related to whether ▓▓▓▓▓ claims affect the reorganized debtor; review initial state law complaint to determine the nature and extent of claims pleaded; research applicable legal standards for determining ▓▓▓▓▓ law; draft and revise original pleading requesting ▓▓▓▓▓ against state law plaintiffs; meetings with H.M. Ray III regarding objection to remand motion and motion ▓▓▓▓▓. | 11.20 | $3,192.00 |
| 05/11/10 | HMR | Begin motion to set hearing date on motion to strike; discuss case status with client; review order entered by court striking Rule 9027(e) statement; coordinate with Skyport counsel on intervention. | 1.90 | $978.50 |
| 05/11/10 | CL | Review allegation by SkyPort regarding harm related to law suit; draft ▓▓▓▓▓ review and organize allegations is plaintiffs' petition; analyze allegations for ▓▓▓▓▓ claims. | 5.50 | $2,722.50 |
| 05/11/10 | IW | Teleconference with N. Zugaro regarding issues and effect of order; strategy teleconference with H. Ray III. | 0.50 | $175.00 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 05/11/10 | NZ | Draft and revise motion to consolidate adversary proceedings and draft proposed order; phone conversation with I. Wang regarding order striking Rule 9027(e)(3) statement. | 0.90 | $256.50 |
| 05/12/10 | CL | Review recent pleadings regarding motion to strike and objection to motion to bifurcate; review and organize allegations in plaintiffs' petition; analyze allegations for ▇▇ ▇▇▇▇▇▇▇ claims; research and review case law related to alleged ▇▇▇▇▇▇▇ claims. | 7.80 | $3,861.00 |
| 05/12/10 | IW | Continue to review issues related to causes of action; draft correspondence regarding ▇▇▇▇ law; teleconference with C. Limpus regarding tasks. | 2.10 | $735.00 |
| 05/13/10 | RMM | Prepare backer boards for hearing outlining and organizing voluminous allegations made in 111 page complaint for demonstratives during hearing. | 2.10 | $1,417.50 |
| 05/13/10 | HMR | Set up conference call with Draco counsel and multiple communications relating to same. | 1.20 | $618.00 |
| 05/13/10 | CL | Review and organize allegations in plaintiffs' petition; analyze allegations for ▇▇▇▇▇▇▇ claims; research and review case law related to alleged mismanagement and breach of fiduciary duty claims. | 7.20 | $3,564.00 |
| 05/13/10 | IW | Review cases and research relating to ▇▇▇▇▇▇ and analyze issue from H. Ray III; teleconference with C. Limpus regarding tasks; teleconference with N. Felix regarding notice of appearance; teleconference with H. Ray III regarding anticipated motion for reconsideration. | 5.40 | $1,890.00 |
| 05/14/10 | RMM | Follow-up on several signatures on retention agreement. | 1.30 | $877.50 |
| 05/14/10 | HMR | Prepare for and attend conference call with counsel for Wilson Vukelich; review motion for reconsideration; call with Mitchell counsel for Draco; call with E. Rothberg for Skyport. | 2.30 | $1,184.50 |

Page: 8

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/14/10 | CL | Review plaintiffs' motion to reconsider order to strike; review basis for reconsiderations; research what constitutes excusable neglect in similar instances. | 4.50 | $2,227.50 |
| 05/14/10 | IW | Review issues related to motion for reconsideration; review plaintiffs' motion for reconsideration; research rules and analyze arguments; draft arguments and issues in opposition; review cases; correspond with team; review correspondence regarding recent case with respect to ▓▓▓▓▓; research cases; correspond regarding additional cases; continue to review jurisdiction issue. | 2.40 | $840.00 |
| 05/14/10 | NZ | Review orders entered and motions filed in adversary case. | 0.80 | $228.00 |
| 05/15/10 | RMM | Prepare demonstrative exhibits to be used in trial of motion to dismiss outlining the multifarious allegations contained in the 111 page complaint, paragraph by paragraph. | 2.80 | NC |
| 05/16/10 | RMM | Prepare demonstrative exhibits to be used in trial of motion to dismiss outlining the multifarious allegations contained in the 111 page complaint, paragraph by paragraph, prepare other demonstratives summarizing mismanagement claims. | 3.10 | $2,092.50 |
| 05/17/10 | RMM | Review and evaluate complaint for injunctive relief to be filed by reorganized debtor, SkyPort, seeking additional injunctive relief and enforcement of the order; transmit same for comment. | 1.50 | $1,012.50 |
| 05/17/10 | HMR | Draft response to motion for reconsideration of motion to vacate; work with E. Rothberg on issues relating to complaint by Skyport. | 8.40 | $4,326.00 |
| 05/17/10 | IW | Review motions regarding bifurcation and discovery; research and review cases regarding ▓▓▓▓▓ fraud; conference with C. Limpus and strategy teleconference with C. Limpus and R. Manley; continue to review issues; draft work product regarding demonstrative evidence; edit and re-chart; review petition. | 8.40 | $2,940.00 |

Page: 9

# McKool Smith
A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/10 | RMM | Work preparing defendants' response to plaintiffs' motion for reconsideration of the order striking Rule 9027(e)(3) filing; circulate same to clients; review [redacted] stating that [redacted] valuate use of same in hearing of motion to dismiss. | 4.30 | $2,902.50 |
| 05/18/10 | HMR | Draft, finalize and file response to motion to set hearing and proposed order; review complaint filed by Skyport against Schermerhorn plaintiffs; review research issues relating to the hearing scheduled May 27th, including potential exhibits and witnesses. | 2.60 | $1,339.00 |
| 05/18/10 | CL | Review petition for [redacted] aims and [redacted] claims; prepare demonstrative for hearing related to types of alleged harms. | 6.40 | $3,168.00 |
| 05/18/10 | IW | Analyze evidence and presentation; edit chart; analyze issues identified by Plaintiffs and incorporate; analyze issues [redacted] causes of action and incorporate; continue to review petition and incorporate analysis and work product; draft presentation; strategy conference with C. Limpus; teleconference with staff regarding meeting and edits to evidence; teleconference and correspond with staff regarding edits to demonstrative; review sample. | 8.10 | $2,835.00 |
| 05/19/10 | RMM | Office conference with C. Limpus and I. Wang regarding results of legal research on grounds upon which to dismiss the [redacted] claims; prepare demonstrative exhibits for use at hearing; follow-up on retention agreement signature issues. | 1.80 | $1,215.00 |
| 05/19/10 | CL | Review [redacted] case law regarding alleged [redacted] and [redacted]; amend draft demonstratives for hearing. | 7.30 | $3,613.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/19/10 | IW | Review additional cases regarding ▮▮▮▮▮▮▮▮; collect information in preparation for conference; coordinate with staff regarding tasks; review work product and charts; strategy conference with C. Limpus and R. Manley; teleconference and correspond with staff regarding edits and changes to demonstratives; draft additional demonstratives; research petition and pleadings and incorporate citations; draft work product; review additions to demonstrative; organize edits and changes with respect to issues and arguments. | 4.80 | $1,680.00 |
| 05/20/10 | RMM | Review of notice of appearance of S. Smith, bankruptcy counsel for plaintiffs; conference with H. Ray regarding same; correspond with N. Shelledy regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ regarding ▮▮▮▮▮▮ and telephone conference with S. Ewing; review SkyPort's motion to consolidate matters and evaluate same; additional work on demonstratives for hearing. | 6.20 | $4,185.00 |
| 05/20/10 | HMR | Review information from Court about hearing on motion to reconsider; discuss with E. Rothberg about potential compromise of the adversary proceeding; review information from court about new bankruptcy co-counsel and discuss with R. Manley new counsel. | 1.50 | $772.50 |
| 05/20/10 | CL | Review ▮▮▮▮▮▮▮▮ case law regarding alleged ▮▮▮ ▮▮▮▮▮▮; amend draft demonstratives for hearing with citations and quotes from petition. | 8.60 | $4,257.00 |
| 05/20/10 | IW | Conference with C. Limpus regarding demonstratives; analyze mapping with respect to causes of action paragraphs; draft additional work product relating to dismissal of counts; analyze and cross-reference citations. | 4.40 | $1,540.00 |
| 05/21/10 | RMM | Cross reference facts plead to facts sections and create demonstratives for hearing; outline causes of actions for hearing of motion to dismiss. | 4.30 | $2,902.50 |

Page: 11

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/10 | HMR | Review order denying consideration of plaintiffs' motion to reconsider and work on strategy for hearing based on same. | 0.50 | $257.50 |
| 05/21/10 | CL | Review recent pleadings; review motions set for hearing and prepare arguments in response; amend draft demonstratives for hearing. | 3.30 | $1,633.50 |
| 05/21/10 | IW | Continue to analyze and edit demonstratives; continue to review arguments relating to dismissal of counts; research case law regarding counterarguments against plaintiffs; read and analyze cases. | 8.00 | $2,800.00 |
| 05/23/10 | HMR | Work with R. Manley in preparation for hearing and work on issues related to pendency of parallel adversary proceeding. | 0.70 | $360.50 |
| 05/23/10 | CL | Review pleadings and revise draft demonstratives in preparation for up coming hearing. | 3.70 | $1,831.50 |
| 05/23/10 | IW | Continue to research case law regarding counterarguments; draft memorandum regarding duties; research cases regarding ▓▓▓▓▓▓▓▓▓▓▓▓; continue to review cases and edit work product; proofread and analyze arguments. | 8.30 | $2,905.00 |
| 05/24/10 | RMM | Review plaintiffs' responsive filings in preparation for hearing on motion to dismiss; numerous telephone conferences with co-defense counsel and reorganized debtor; consider additional precedent and prepare legal argument regarding same; prepare for hearing on motion to dismiss and for sanctions for injunction trial; prepare numerous demonstratives for use in trial. | 8.80 | $5,940.00 |
| 05/24/10 | HMR | Review massive filing of numerous pleadings, including motion to disqualify, reply to motion to remand, request for emergency consideration; draft and file objection to emergency consideration; inform clients of pleadings and send pleadings to same; research issues raised in remand reply; conference call with R. Manley about hearing trial strategy; discuss strategy with E. Rothberg. | 9.30 | $4,789.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/24/10 | CL | Review pleadings and revise draft demonstratives in preparation for up coming hearing; teleconference with H.M. Ray, R. Manley and I. Wang regarding case strategy and the upcoming court conference; review motion to disqualify and reply to motion to remand. | 11.70 | $5,791.50 |
| 05/24/10 | IW | Continue to research cases regarding ▓▓▓▓▓▓▓▓▓s and questions of ▓▓▓▓▓▓▓; edit memorandum; teleconferences with R. Manley regarding tasks and action items; strategy teleconference with R. Manley, H. Ray III, and C. Limpus; continue to review cases and edit work product; research issue relating to particular Bankruptcy Code provision; analyze argument; draft work product; continue to edit memorandum; review filings and analyze arguments; review case law cited by Plaintiffs; strategy teleconference with H. Ray III and C. Limpus; draft collection of citations in support of argument with respect to pleadings and counts; review correspondence; teleconference with C. Limpus regarding additional case law support; review cases and research; draft and review work product supporting arguments and demonstratives. | 10.30 | $3,605.00 |
| 05/24/10 | NZ | Phone conversation with I. Wang regarding the status, treatment, and timing of ▓▓▓▓▓▓▓ | 0.80 | $228.00 |
| 05/25/10 | RMM | Review plaintiffs' recently filed 40+ page reply to motion to dismiss and additional support; numerous telephone conferences with co-defense counsel and reorganized debtor; research additional precedent cited by plaintiffs in support of their positions; and prepare legal argument regarding same; prepare for hearing on motion to dismiss and for sanctions and for injunction trial; prepare numerous demonstratives for use in trial. | 9.50 | $6,412.50 |
| 05/25/10 | HMR | Prepare for hearing, review extensive pleadings by opposing counsel and research case law; prepare argument and analysis; review additional cases; finalize argument. | 8.70 | $4,480.50 |

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/25/10 | CL | Review plaintiffs' reply to motion to remand; review cited case law in same and prepare rebuttal arguments for hearing; revise draft demonstratives in preparation for hearing. | 9.00 | $4,455.00 |
| 05/25/10 | IW | Review correspondence regarding potential agreements with opposing counsel; conference with staff regarding hearing and preparations for hearing; conference with C. Limpus and R. Manley regarding demonstratives; review hearing materials and conference with staff regarding edits; review and edit causes of action demonstratives; review petition; analyze arguments and recategorize mapping; correspond with staff regarding edits and changes; continue to review case law and distinguish. | 10.20 | $3,570.00 |
| 05/26/10 | RMM | Prepare for hearing on motion to dismiss and for sanctions and for injunction trial; numerous telephone conferences with co-defense counsel and reorganized debtor counsel; prepare testimony on attorneys fees; prepare numerous demonstratives for use in trial. | 12.00 | $8,100.00 |
| 05/26/10 | HMR | Prepare for trial. | 13.10 | $6,746.50 |
| 05/26/10 | CL | Preview pleadings for inconsistencies of SkyComm and SkyPort; review cited case law by plaintiffs and develop rebuttal arguments; prepare additional demonstratives for hearing; research ▇▇▇▇ issue related to evidence to substantiate the award of attorney fees; legal research related to ▇▇▇▇▇. | 10.50 | $5,197.50 |

Page: 14

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/10 | IW | Review elements and issues against arguments in preparation for hearing; review pleadings; strategy conferences with R. Manley, C. Limpus, and H. Ray III; review demonstratives and edit; correspond and conference with staff regarding hearing and preparing materials for hearing; review hearing materials; analyze issues with R. Manley and C. Limpus; review cases and continue analysis of issues and cases with R. Manley and C. Limpus; teleconferences with co-counsels in preparation for hearing. | 13.10 | $4,585.00 |
| 05/27/10 | RMM | Prepare for hearing on motion to dismiss and for sanctions at injunction trial; represent client at hearing and injunction trial; post mortem meeting with R. Kubbernus. | 15.00 | $10,125.00 |
| 05/27/10 | HMR | Prepare for and conduct trial. | 16.10 | $8,291.50 |
| 05/27/10 | IW | Continue to review cases; conferences with R. Manley, H. Ray III and C. Limpus regarding hearing; organize materials and documents; attend hearing; strategy conferences with R. Manley, H. Ray III and C. Limpus and co-counsel regarding hearing and arguments; review cases and materials in connection with counter arguments. | 14.60 | NC |
| 05/27/10 | CL | Prepare for and attend court conference. | 11.50 | NC |
| 05/28/10 | RMM | Review notes from hearing and temporary injunction trial to evaluate next steps; prepare and conduct telephone conference with N. Shelledy; review and consider demand to opposing counsel to delete references to lawsuit on website and to withdraw motion to disqualify. | 5.50 | $3,712.50 |
| 05/28/10 | CL | Prepare copies of defendants' demonstratives used at hearing and e-mail same to opposing counsel. | 1.50 | $742.50 |
| 05/28/10 | IW | Review causes of action regarding ▓▓▓▓▓▓▓▓ conference with R. Manley and C. Limpus regarding hearing and tasks. | 1.30 | $455.00 |
| 05/29/10 | HMR | Draft demand letter to Fryar about the motion to disqualify and the posting of the complaint on blogs. | 1.70 | $875.50 |

# McKool Smith
A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/30/10 | RMM | Research ▮▮▮▮▮▮▮▮▮▮▮ between ▮▮▮▮▮▮▮ | 0.50 | $337.50 |
| | | TOTAL LEGAL SERVICES | | $254,232.50 |

## LEGAL SERVICES SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| ROBERT M. MANLEY | 97.20 Hrs | 675.00/hr | $65,610.00 |
| HUGH M. RAY III | 105.70 Hrs | 515.00/hr | $54,435.50 |
| CHRISTOPHER LIMPUS | 150.90 Hrs | 495.00/hr | $74,695.50 |
| IVAN WANG | 147.50 Hrs | 350.00/hr | $51,625.00 |
| NICHOLAS ZUGARO | 25.20 Hrs | 285.00/hr | $7,182.00 |
| JODIE L. MOW | 3.70 Hrs | 185.00/hr | $684.50 |
| CHRISTOPHER LIMPUS | 23.30 Hrs | 0.00/hr | NC |
| HUGH M. RAY III | 1.10 Hrs | 0.00/hr | NC |
| IVAN WANG | 36.50 Hrs | 0.00/hr | NC |
| ROBERT M. MANLEY | 2.80 Hrs | 0.00/hr | NC |
| | **593.90 Hrs** | | **$254,232.50** |

## DISBURSEMENTS

Through May 31, 2010

### Courier Service

| 05/26/2010 | Vendor 254738-01: FedEx; Delivery services rendered for period ending 05.26.10  Check #: EFT05.26.10 | 14.25 |
|---|---|---|

Courier Service Total                                                                                         $14.25

### Postage

Postage Total                                                                                                 $2.44

# McKool Smith

A PROFESSIONAL CORPORATION - ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Tax I.D. #75-2388013

CenturyTel, Inc.

RE: Kubbernus / CenturyTel Joint Billing Account

<u>In-House Photocopies</u>

| | |
|---|---:|
| In-House Photocopies Total | $558.70 |
| TOTAL DISBURSEMENTS | $575.39 |
| TOTAL - THIS BILL | $254,807.89 |
| Amount Due From Kubbernus Balaton Bankton & Clearsky (50.00%) | $127,403.95 |
| Amount Due From CenturyTel, Inc. (50.00%) | $127,403.94 |