## CHART A – State Court Petition Claims

| Count | Claim | By | Against | Relief Sought | Basis |
|---|---|---|---|---|---|
| ONE | Breach of Fiduciary Duties | Original Shareholders and Non-CenturyTel Debenture Holders | CenturyTel Defendants | $17M | • Increasing their own interest while wrongfully diluting equity and voting interests of minority. *Gentile v. Rossette*, 906 A.2d 91 (De. 2006).<br>• Transferring control block to person they knew or should have known would harm the minority shareholders. *Harris v. Carter*, 582 A.2d 222 (Del. Ch. 1990).<br>• Engaging in scheme and transactions to deprive the minority shareholders of their rights and interests. *Nixon v. Blackwell*, 626 A.2d 1366 (Del. 1993).<br>• Engaging in a course of dealing that culminated in a squeeze-out. *Odyssey Partners v. Fleming Co.*, 1998 Del. Ch. LEXIS 40 (1998) (citing *In re Tri-Star*, 634 A.2d 330 (Del. 1993)).<br>• Running down the corporation in order to force out minority shareholders at reduced price. *Rhodes v. Silkroad Equity LLC*, 2007 Del. Ch. LEXIS 96 (2007) (applying *Tooley* test). |
| TWO | Breach of Fiduciary Duties | All Plaintiffs | Kubbernus Defendants | $32M | • Increasing their own interest while wrongfully diluting equity and voting interests of minority. *Gentile v. Rossette*, 906 A.2d 91 (De. 2006).<br>• Transferring control block to person they knew or should have known would harm the minority shareholders. *Harris v. Carter*, 582 A.2d 222 (Del. Ch. 1990).<br>• Engaging in scheme and transactions to deprive the minority shareholders of their rights and interests. *Nixon v. Blackwell*, 626 A.2d 1366 (Del. 1993).<br>• Engaging in a course of dealing that culminated in a squeeze-out. *Odyssey Partners v. Fleming Co.*, 1998 Del. Ch. LEXIS 40 (1998) (citing *In re Tri-Star*, 634 A.2d 330 (Del. 1993)). |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | • Running down the corporation in order to force out minority shareholders at reduced price. *Rhodes v. Silkroad Equity LLC*, 2007 Del. Ch. LEXIS 96 (2007) (applying *Tooley* test). |
| THREE | Breach of Fiduciary Duties | ClearSky Investors | Kubbernus Defendants and Wilson Vukelich | $7M | • Misappropriation and co-mingling of funds, never giving ClearSky its interest in SkyComm, engaging in scheme and transactions to deprive the minority shareholders of their rights and interests. Nixon v. Blackwell, 626 A.2d 1366 (Del. 1993). |
| FOUR | Breach of Fiduciary Duty | ClearSky Investors | Wilson Vukelich | $7M | • Failing to assure that funds were used to acquire good title to interests ClearSky was entitled to in SkyComm, failing to ensure that escrow funds were properly dispersed, and allowing co-mingling of funds.  Nixon v. Blackwell, 626 A.2d 1366 (Del. 1993). |
| FIVE | Oppression | Original Shareholders and Non-CenturyTel Debenture Holders | CenturyTel Defendants | $17M | • Pattern of oppressive behavior that defeated the reasonable expectations of minority shareholders of SkyComm.  Redmon v. Griffith, 202 SW 3d 225 (Tex. App.—Tyler [12th] 2006). *Davis v. Sheerin*, 754 S.W.2d 375, 383 (Tex. App.—Houston 1988, writ denied). |
| SIX | Oppression | All Plaintiffs | Kubbernus Defendants | $32M | • Pattern of oppressive behavior that defeated the reasonable expectations of minority shareholders of SkyComm.  Redmon v. Griffith, 202 SW 3d 225 (Tex. App.—Tyler [12th] 2006). *Davis v. Sheerin*, 754 S.W.2d 375, 383 (Tex. App.—Houston 1988, writ denied). |
| SEVEN | Common Law Fraud | All Plaintiffs | All Defendants | $32M | • Omissions of material fact with regard to the FCC applications and misrepresentations regarding the FCC applications that induced investors to invest.<br>• Misrepresentations regarding conversion of debentures that induced non-CenturyTel holders convert.<br>• Misrepresentations and omission to the ClearSky Investors inducing ClearSky investors to invest in ClearSky. |

| EIGHT | Breach of Duty of Care; Negligence | ClearSky Investors and Additional Investors | CenturyTel Defendants | $15M | • Negligently hurting ClearSky Investors and Additional Investors by transferring control of SkyComm to stock fraudster. Harris v. Carter, 582 A.2d 222 (Del. Ch. 1990). |
|---|---|---|---|---|---|
| NINE | Negligent Misrepresentation | All Plaintiffs | CenturyTel Defendants | $32M | • Negligently making misrepresentations and omissions regarding FCC applications. *Geosearch v. Howell Petroleum*, 819 F.2d 521 (5th Cir. 1987) |
| TEN | Violations of the Texas Securities Act | Non-CenturyTel Debenture Holders, ClearSky Investors and Additional Investors | All Defendants | $17M | • Misrepresentations and omissions regarding FCC applications, inducing Additional Investors, non-CenturyTel Debenture Holders, ClearSky Investors to invest in SkyPort. CTL aiding and abetting. Tex. Rev. Civ. Stat. Ann. Art. 581-33A(2) and Tex. Rev. Civ. Stat. Ann. Art. 581-33F(2). |
| ELEVEN | Violations of Texas Business and Commerce Code 27.01 | Non-CenturyTel Debenture Holders, ClearSky Investors and Additional Investors | All Defendants | $17M | • Misrepresentations and omissions regarding FCC applications.<br>• Misrepresentations that all debentures would be converted. of Texas Business<br>• and Commerce Code 27.01 |
| TWELVE | Civil Conspiracy | All Plaintiffs | All Defendants | $32M | • Conspiring to do all of the above. |
| THIRTEEN | Aiding and Abetting | All Plaintiffs | CenturyTel Defendants | $32M | • Aiding and Abetting the Kubbernus Defendants in all of the relevant claims above. |
| FOURTEEN | Breach of Contract and Rescission | ClearSky Investors and Additional Investors | Kubbernus Defendants | $15M | • Failing to Transfer interest to ClearSky as provide for in LPA. |
| FIFTEEN | Breach of Fiduciary Duty and Malpractice | ClearSky Investors Derivatively on behalf of ClearSky | Wilson Vukelich and Kubbernus Defendants | $15M | • Derivative claim on for all acts above relating to Kubbernus Defendants and Wilson Vukelich in breaching their fiduciary and contractual obligations in connection to the ClearSky Partnership. |