IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § § | CASE NO. 08-36737-H4-11 (Chapter 11) |
| Debtor | § | |
| Joanne Schermerhorn, et al., Plaintiffs | § § § | |
| Vs. | § § | ADVERSARY NO. 10-03150 |
| CenturyTel, Inc. (a/k/a CenturyLink), et al., Defendants | § § § | |

**DEFENDANTS' JOINDER IN WILSON VUKELICH'S
MOTION TO STRIKE PLAINTIFFS' UNTIMELY FILINGS**

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

The Non-Wilson Vukelich Defendants[1] hereby join in the Motion to Strike Plaintiffs' Untimely Filings [docket #98] recently filed by Defendant Wilson Vukelich LLP and would further show the Court as follows:

1. Defendants would further state that the ill-timed and unsolicited Memorandum on Direct Claims ("Memorandum") [docket #95] violates the instructions of this Court on page 305 of the Trial Transcript.

2. Likewise, the Memorandum was filed in bad faith and in effort to cloud the appellate record with arguments and authorities outside of the consideration of the Court at trial.

3. Unsurprisingly, the Memorandum states that *all* causes of action are not barred by the Confirmation Order and are direct and non-derivative.

---

[1] CenturyTel, Inc. (a/k/a CenturyLink), Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, Harvey P. Perry, (collectively, the "CenturyTel Defendants") and Robert Kubbernus, Balaton Group, Inc., Bankton Financial Corporation, Bankton Financial Corporation, Llc, ClearSky Management, Inc., and ClearSky Investments, LP (collectively, the "Kubbernus Defendants," together with the CenturyTel Defendants, "Defendants")

Austin 60633v1                                          1

WHEREFORE, PREMISES CONSIDERED, Defendants request that the Court strike docket numbers 95, 96, and 97.

DATED: June 22, 2010.

Respectfully submitted,

MCKOOL SMITH P.C.

By: /s/ Hugh M. Ray, III
HUGH M. RAY, III
State Bar No. 24004246
ROBERT M. MANLEY
State Bar No. 00787955
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

**ATTORNEYS FOR DEFENDANTS
(EXCEPT WILSON VUKELICH, LLP)**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the above and foregoing were forwarded on this 22nd day of June 2010, via the ECF system to all parties on the ECF service list.

/s/ Hugh M. Ray, III
HUGH M. RAY, III