IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § § § | CASE NO. 08-36737-H4-11 |
| Debtor | § § | |
| JOANNE SCHERMERHORN, ET AL., | § | |
| Plaintiffs | § § § | |
| v. | § § | ADVERSARY NO. 10-03150 |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), ET AL., | § § § | |
| Defendants | § | |
| | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., ET AL., | § § § | ADVERSARY NO. 10-03225 |
| Plaintiffs | § § | |
| v. | § § § | |
| JOANNE SCHERMERHORN, ET AL., | § | (CONSOLIDATED UNDER |
| Defendants | § | ADVERSARY NO. 10-03150) |

## **WITHDRAWAL OF DOCUMENT**

Please take notice that Joanne Schermerhorn, et al., (the "Schermerhorn Parties"), Plaintiffs in Adversary Proceeding No. 10-03150 and Defendants in Adversary Proceeding No. 10-03225, hereby withdraws Plaintiffs' Amended Motion to Supplement the Record as filed on July 1, 2010 (Doc. #109). This document is withdrawn due to incorrect attachments.

Dated: July 1, 2010

Respectfully submitted,

MCFALL, BREITBEIL & SHULTS, P.C.

By: */s/ W. Steve Smith*
    W. STEVE SMITH
    State Bar No. 18700000
    1331 Lamar Street, Suite 1250
    Houston, Texas 77010
    (713) 590-9300
    (713) 590-9399 (fax)

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
    SAMUEL GOLDMAN
    100 Park Ave., 20th Fl.
    New York, NY 10017
    (212) 725-1400
    (212) 725-0805 (fax)

THE FRYAR LAW FIRM

By: */s/ Eric Fryar*
    F. ERIC FRYAR
    State Bar No. 07495770
    1001 Texas Ave., Suite 1400
    Houston, Texas 77002
    (281) 715-6396
    (281) 715-6397 (fax)

HAROLD B. OBSTFELD, P.C.

By: */s/ Harold B. Obstfeld*
    HAROLD B. OBSTFELD
    100 Park Ave., 20th Floor
    New York, NY 10017
    (212) 696-1212
    (212) 867-7360 (fax)

    ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document is being served on the 1st day of July, 2010, on all of the following parties via regular first class mail, postage prepaid. Those ECF users registered in this case will receive electronic notice on July 1, 2010.

| | | |
|---|---|---|
| Office of U.S. Trustee<br>515 Rusk Ave., Ste. 3516<br>Houston, TX 77002 | Hugh M. Ray, III<br>McKool Smith, P.C.<br>600 Travis, Suite 7000<br>Houston, TX 77002 | Robert M. Manley<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |
| Edward L. Rothberg<br>Hoover Slovacek, L.P.<br>5847 San Felipe, Ste. 2200<br>Houston, TX 77057 | David R. Jones<br>Elizabeth Freeman<br>Porter & Hedges, LLP<br>1000 Main Street, 36th Fl.<br>Houston, TX 77002<br>*(Subject to Special Appearance)* | Wilson Vukelich, LLP<br>Valleywood Corporate Centre<br>60 Columbia Way, Suite 710<br>Markham, Ontario L3R 0C9<br>CANADA |

                                              */s/ W. Steve Smith*
                                              W. Steve Smith