UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE                                                       CASE NO:
SKYPORT GLOBAL COMMUNICATIONS, INC.                         08-36737
    Debtor                                                  Chapter 11

---

JOANNE SCHERMERHORN,
et al
    Plaintiffs
                                                            ADVERSARY NO.:
vs.                                                         10-03150

CENTURY TEL, INC.,
et al
    Defendants

## NOTICE SETTING HEARING

Please take notice, that a hearing is scheduled for  August 3, 2010  at 9:30 a.m. (cst), in Courtroom 600, 6th Floor, Bob Casey Courthouse, 515 Rusk Street, Houston, Texas on

#87 - Notice of Filing of Redacted Fee Statements of McKool Smith P.C.
#102 - Response to Court Order Requiring Lists of Derivative and Direct Claims
#103 - Defendant's Motion for Additional Sanctions
#104 - Skyport Global Communications, Inc.'s Motion for Additional Sanctions
#107 - Plaintiffs' Certification on Reasonableness of Fees
#108 - Plaintiffs' Motion to Supplement the Record
#111 - Plaintiffs' Amended Motion to Supplement the Record
#112 - Plaintiffs' Amended Certification on Reasonableness of Fees

MOVANT  SHALL SERVE NOTICE OF THE HEARING DATE TO ALL INTERESTED PARTIES.

DATE: July 07, 2010               JEFF BOHM
                                  United States Bankruptcy Judge

                                  Robin Stennis  |  Case Manager
                                  U S Bankruptcy Court | Bob Casey Courthouse
                                  515 Rusk Street | 5th floor
                                  Houston, Texas 77002
                                  cmA679@tsx.uscourts.gov