IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | (Chapter 11) |
|     Debtor | § | |
| Joanne Schermerhorn, et al., | § | |
|     Plaintiffs | § | |
| | § | |
| Vs. | § | ADVERSARY NO. 10-03150 |
| | § | |
| CenturyTel, Inc. (a/k/a CenturyLink), et al., | § | |
|     Defendants | § | |

**ORDER REGARDING DEFENDANTS' EXHIBIT NO. 27**
<u>Related to Docket #87</u>

The CenturyTel Defendants' Exhibit No. 27 at the August 3, 2010 hearing, "McKool Smith P.C. Unredacted Fee Statements (provided to counsel on "eyes only" basis and to be filed under seal or other protections)," is accepted under seal of this court.

DATED:

_____
JEFF BOHM, U.S. BANKRUPTCY JUDGE

**APPROVED AS TO FORM:**

*/s/ Hugh M. Ray, III*
Hugh M. Ray, III
Counsel for CenturyTel/Kubbernus
Defendants (except Wilson Vukelich)

*/s/ By permission HMR*
W. Steve Smith,
Counsel for Plaintiffs

Austin 61654v1