

ENTERED
09/27/2010

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., <br> Debtor | § § § § | CASE NO. 08-36737-H4-11 <br> (Chapter 11) |
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, ET AL., <br> PLAINTIFFS | § § § § | |
| VS. | § § | ADVERSARY NO. 10-03150 |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), CLARENCE MARSHALL, ET AL, <br> DEFENDANTS | § § § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., ET. AL <br> PLANITIFFS | § § § § | ADVERSARY NO. 10-03225 |
| VS. | § § | |
| JOANNE SCHERMERHORN, ET. AL. <br> DEFENDANTS | § § | (CONSOLIDATED UNDER ADVERSARY NO. 10-03150) |

**ORDER DIRECTING THE SHERMERHORN GROUP AND ITS COUNSEL TO APPEAR AND SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT**

Came on for consideration the Motion by Skyport Global Communications, Inc. that Joanne Schermerhorn, *et al* and their Counsel of Record Appear and Show Cause Why They Should Not Be Held in Contempt of the June 10, 2010 Preliminary Injunction (hereinafter the "Contempt Motion"). There is good cause to grant the initial relief set forth below. It is therefore

690100-1

Page | 1

ORDERED that, absent further order of this Court or agreement of Skyport, any oral deposition of Skyport or its representatives, including the oral deposition currently scheduled for October 1, 2010, shall be conducted in this Court's jury room; it is further

ORDERED that on Oct. 14 2010 at 3:00 p.m. at the U.S. Bankruptcy Court, 515 Rusk, Houston, Texas 77002, Courtroom 600, 6th Floor, the Court shall conduct a hearing on the Contempt Motion (the "Contempt Hearing"); it is further

ORDERED that each of the below named persons shall (i) appear at the above-described Contempt Hearing; (ii) show why he/she/it should not be (a) held in contempt of the preliminary injunction entered by this Court on June 10, 2010 (a copy of which preliminary injunction is attached hereto and marked Exhibit A), (b) ordered to pay (and held jointly and severally liable for) the attorney fees and costs that Skyport incurred bringing and prosecuting the Contempt Motion, and (c) be ordered to pay (and be held jointly and severally liable for) additional punitive sanctions; (iii) by October 7, 2010 at 9:00 a.m. Central Standard Time, produce in writing to counsel for Skyport, Annie Catmull, 5847 San Felipe Street, Ste. 2200, Houston, Texas 77057, a signed and notarized report, reflecting each and every contact (since May 27, 2010) that he/she/it (including any person acting in concert) has had with any former or current vendor, employee, and/or customer of Skyport, which report shall include the date and time of each contact, the form of the contact, and the substance of the contact:

| | |
|---|---|
| **3790168 Canada, Inc** | **BMT Grantor Trust** |
| **ARAN Asset Management SA** | **Joseph Baker** |
| **Diya Al-sarraj** | **Stanley Beraznik** |
| **Ben Ariano** | **David Currie** |
| **BLF Partners, Ltd.** | **Draco Capital, Inc.** |

| | |
|---|---|
| Don Dui | Mateo Novelli |
| ECAL Partners, Ltd. | John E. Panneton |
| Tracy Elstein | Edward Pascal |
| Eosphoros Asset Management, Inc. | Martin Pollack |
| Robert Foote | Puddy, Ltd. |
| Wayne C. Fox | Melvyn Reiser |
| Gloster Holdings, LLC | Rig III Fund, Ltd. |
| Chet Gutowsky | Joanne Schermerhorn |
| Brian W Harle | Semper-Gestion SA |
| Jason Charles Togut Trust | Sequoia Aggressive Growth Fund, Ltd. |
| Llewellyn John | Sequoia Diversified Growth Fund, Ltd. |
| Rees A John | Lawrence Solomon |
| Yecheskel Kahan | Charles Stack |
| Darshan Khurana | Michael Stein |
| Barry Klein | Peter Taylor |
| Bella Kreiger | David Togut |
| Joseph A. Lopez | John Waymire |
| Lynn Joyce Elstein Trust | Whiz Kid Ventures |
| Robert Mendel | Sam Goldman |
| Byron Messier | Mathew Weldon |
| Movada, Ltd.; | |

it is further

ORDERED that, in the interest of clarity, (i) appearances *in person* are required by this order, (ii) an appearance only through counsel shall not be considered compliance with this order, (iii) absent separate order of this Court, a telephonic appearance shall not be considered compliance with this order, (iv) persons who are entities shall appear through a corporate representative with the authority to bind the entity, and (v) the report required by the third decretal paragraph above must be signed by the actual party (i.e., not he/she/it's counsel), or in the case of entities, it must be signed by a corporate representative with general authority to bind the entity; and it is further

ORDERED that within two business days of entry of this order, Sam Goldman shall file with this Court a sworn certificate of service showing that he has served of a copy of this order (including the attached Exhibit A) to each of the parties listed above, which certificate of service sets forth the address, date, time, and method of each such service.

DATED: 9/27/2010

_____
UNITED STATES BANKRUPTCY JUDGE

PREPARED BY

Annie Catmull
State Bar No. 00794932
5847 San Felipe, Ste 2200
Houston, Texas 77057
(713) 977-8686
(713) 977-5395 (fax)

Case 10-03150   Document 177   Filed in TXSB on 09/27/10   Page 5 of 9
Case 10-03150   Document 173-2   Filed in TXSB on 09/24/10   Page 5 of 9
Case 10-03150   Document 86   Filed in TXSB on 06/10/10   Page 1 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/10/2010

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | (Chapter 11) |
| Debtor | § | |
| JOANNE SCHERMERHORN, JOHN K. | § | |
| WAYMIRE, ET AL., | § | |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | ADVERSARY NO. 10-03225 *consolidated* |
| | § | with AD. No. 10-3150 |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), | § | |
| CLARENCE MARSHALL, ET AL, | § | |
| DEFENDANTS | § | |

## ORDER GRANTING APPLICATION FOR PRELIMINARY INJUNCTION

Defendants, SkyPort Global Communications, Inc. ("Skyport"), Robert Kubbernus, and Balaton Group, Inc., have applied to this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, as incorporated by Bankruptcy Rule 7065, for an order temporarily enjoining Plaintiffs from violating the Order Confirming Plan of Reorganization, As Modified entered on August 12, 2009, at Doc. #340 in Case No. 08-36737-H4-11. On May 27, 2010, the Court held an evidentiary hearing on this application where all parties appeared, and presented documentary evidence, testimonial evidence and oral argument. At the conclusion of the presentation after carefully considering all evidence and oral argument, the Court read its finding and conclusions into the record, and determined that:

1. Applicants established a substantial likelihood of success on the merits.

2. Applicants established that absent granting of the temporary injunction they would incur irreparable harm.


EXHIBIT A

Dallas 303641v1

Page | 1

Case 10-03150   Document 177   Filed in TXSB on 09/27/10   Page 6 of 9
Case 10-03150   Document 173-2   Filed in TXSB on 09/24/10   Page 6 of 9
Case 10-03150   Document 86   Filed in TXSB on 06/10/10   Page 2 of 5

3. Applicants established that absent granting of the temporary injunction, the injury they would incur far outweighs the harm to the Plaintiffs.

4. Applicants established that granting of the temporary injunction serves the public interest.

Based on the foregoing as well as all of the findings of facts and conclusions of law read into the record, the Court is of the opinion that the temporary injunction should be granted. Therefore, it is

ORDERED that until further Order of this Court, temporary injunction is granted; it is further

ORDERED that Plaintiffs are temporarily enjoined from: pursuing any and all claims or causes of action, derivative or direct, against all of the Defendants, and; it is further

ORDERED that Plaintiffs may contact former and current vendors, employees, and customers of the Debtor *if and only if* a written request is made by Plaintiffs' counsel to counsel for SkyPort, and counsel for SkyPort either a) agrees to the proposed contact or b) does not respond within 1 business day. If counsel for SkyPort refuses in writing to agree to the proposed contact and the Plaintiffs wish to contact that person, Plaintiffs may contact this Court's case manager and, without motion, set an expedited hearing within two business days to adduce testimony and evidence that the contact should be permitted. The party who does not prevail at that hearing will be responsible for paying the opposing party's reasonable attorneys' fees and costs in relation to that hearing; and it is further

Page | 2

Dallas 303641v1

Case 10-03150   Document 177   Filed in TXSB on 09/27/10   Page 7 of 9
Case 10-03150   Document 173-2   Filed in TXSB on 09/24/10   Page 7 of 9
Case 10-03150   Document 86   Filed in TXSB on 06/10/10   Page 3 of 5

ORDERED that the Plaintiffs shall strictly comply with all terms and conditions of the Order Confirming Plan referred to above as well as the plan and modification attached thereto.

DATED: 6-10-2010

HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

Case 10-03150   Document 177   Filed in TXSB on 09/27/10   Page 8 of 9
Case 10-03150   Document 173-2   Filed in TXSB on 09/24/10   Page 8 of 9
Case 10-03150   Document 86   Filed in TXSB on 06/10/10   Page 4 of 5

AGREED AS TO FORM

HOOVER SLOVACEK, LLP

By: ___*/s/ Edward L. Rothberg*___
  Edward L. Rothberg
  State Bar No. 17313990
  5847 San Felipe, Ste 2200
  Houston, Texas 77057
  (713) 977-8686
  (713) 977-5395 (fax)

ATTORNEY FOR SKYPORT
GLOBAL COMMUNICATIONS, ET. AL.


MCFALL, BREITBEIL & SHULTS, P.C.

By: ___*Agree as to form only /s/*___
  W. STEVE SMITH
  State Bar No. 18700000
  1331 Lamar Street, Suite 1250
  Houston, Texas 77010
  (713) 590-9300
  (713) 590-9399 (fax)

AND

SAMUEL GOLDMAN & ASSOC.

By: ___*Agree as to form only /s*___
  SAMUEL GOLDMAN
  100 Park Ave., 20th Fl.
  New York, NY 10017
  (212) 725-1400
  (212) 725-0805 (fax)

AND

Case 10-03150   Document 177   Filed in TXSB on 09/27/10   Page 9 of 9
Case 10-03150   Document 173-2   Filed in TXSB on 09/24/10   Page 9 of 9
Case 10-03150   Document 86   Filed in TXSB on 06/10/10   Page 5 of 5

THE FRYAR LAW FIRM

      *Agree as to form only /s*
By:_____
    F. ERIC FRYAR
    State Bar No. 07495770
    1001 Texas Ave., Suite 1400
    Houston, Texas 77002
    (281) 715-6396
    (281) 715-6397 (fax

ATTORNEYS FOR JOANNE SCHERMERHORN, ET. AL.

MCKOOL SMITH, P.C.

      */s/ Hugh M. Ray, III*
By:_____
    HUGH M. RAY, III
    State Bar No. 24004246
    600 Travis, Suite 7000
    Houston, Texas 77002
    Telephone: (713) 485-7300
    Facsimile: (713) 485-7344
    ROBERT M. MANLEY
    State Bar No. 00787955
    300 Crescent Court, Ste. 1200
    Dallas, TX 75201
    Telephone: (214) 978-4000
    Facsimile: (214) 978-4044

ATTORNEYS FOR CENTURY TEL, ET. AL DEFENDANTS