IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § § § | CASE NO. 08-36737-H4-11 (Chapter 11) |
| Debtor | § | |
| Joanne Schermerhorn, et al., Plaintiffs | § § § | |
| Vs. | § § | ADVERSARY NO. 10-03150 |
| CenturyTel, Inc. (a/k/a CenturyLink), et al., Defendants | § § § | |

## ORDER ON MOTION TO CORRECT HEARING TRANSCRIPT

The Court hereby orders that the Official Transcript of the May 27, 2010 hearing is corrected and that the changes on the attached *Exhibit A* are made to the transcript.

**DATED:**

_____
JEFF BOHM, U.S. BANKRUPTCY JUDGE

Austin 62983v2