*EXHIBIT A*

**Annotated Proposed Corrections to May 27, 2010 Hearing Transcript**

| Page | Line(s) | From | Proposed Change |
|---|---|---|---|
| 1 | 14 | posed | opposed |
| 4 | 22 | officer | an officer |
| 4 | 24 | were to | were |
| 5 | 17 | will | willing |
| 5 | 22 | on | one |
| 5 | 25 | does not | does |
| 6 | 10 | of | or |
| 7 | 21 | more of | more |
| 8 | 25 | counsel as | counsel of |
| 14 | 15 | relative | relevant |
| 16 | 19 | that on | that, on |
| 17 | 8 | interest.  And | interest; and |
| 20 | 17 | allegation | allegations |
| 20 | 20 | They | They said |
| 20 | 21 | has | had |
| 21 | 17 | camouflage | camouflaged |
| 22 | 21 | arguments | argument |
| 23 | 15 | Dexterity Surgical | *Dexterity Surgical* |
| 23 | 20 | and I | and |
| 24 | 1 | you | your |
| 24 | 18 | of | of the |
| 25 | 12 | Remand.  And | Remand, and |
| 25 | 13 | similar. | similar: |
| 25 | 17 | shareholder | shareholders |
| 26 | 4 | their | theirs |
| 27 | 11 | create a | create |
| 28 | 8 | was wrongly | wrongly |
| 28 | 16 | your | the |
| 29 | 18 | deck | dec |
| 30 | 10 | released | releases |
| 31 | 19 | Or | Our |
| 35 | 23 | complain | complaint |
| 36 | 22 | give | given |
| 36 | 23 | effected | affected |
| 38 | 5 | if | is |
| 38 | 7 | account | count |
| 38 | 8 | account | count |
| 39 | 16 | a clear | as clear |
| 40 | 1 | release e | release |
| 41 | 3 | for | forth |

| Page | Line(s) | From | Proposed Change |
|---|---|---|---|
| 42 | 2 | effect | affect |
| 44 | 9 | play | plan |
| 44 | 19 | oldest | only |
| 45 | 7 | art | part |
| 46 | 5 | forth | forth, |
| 46 | 5 | this | this, |
| 46 | 6 | file | file, |
| 46 | 23 | any | any way |
| 47 | 11 | Did | Counsel did |
| 47 | 11 | The one | It's one |
| 47 | 13 | ride | client |
| 47 | 14 | reinjure | attorney |
| 48 | 9 | claim there | claim we're |
| 48 | 14 | oppre3ssion | oppression |
| 48 | 21 | pleading.  There | pleading, there |
| 48 | 24 | it | if |
| 49 | 9 | will | will look |
| 50 | 1 | of | of the |
| 50 | 14 | AS | As |
| 51 | 15 | probably | probably-- |
| 51 | 19 | It think | I think |
| 52 | 6 | the four | the |
| 53 | 19 | said | said that |
| 54 | 14 | Cash money. | Cash.  Money. |
| 57 | 25 | *Gatts* | *Gatz* |
| 58 | 1 | Delaware | Delaware attorney |
| 58 | 3 | should | is here should |
| 58 | 6 | there's | there are |
| 58 | 8 | it | it is |
| 58 | 20 | know | know, |
| 61 | 13 | virility | remedy |
| 61 | 23 | directed | direct |
| 62 | 25 | directly | direct |
| 66 | 1 | any base | no basis |
| 66 | 18 | Chris Dye | ClearSky |
| 67 | 6 | a | an |
| 67 | 12 | there's | there are |
| 67 | 18 | per | for a |
| 68 | 8 | here or | here for |
| 68 | 14 | sited | suited |
| 69 | 17 | I | Is |
| 71 | 2 | is | it |
| 71 | 3 | ready | read |
| 76 | 20 | Manly | Manley |

2

| Page | Line(s) | From | Proposed Change |
|---|---|---|---|
| 77 | 3 | on | one |
| 77 | 10 | work | word |
| 78 | 4 | know | known |
| 78 | 16 | -- the | -- they |
| 79 | 7 | Is it | It is |
| 80 | 19 | as | *S.I.* |
| 80 | 20 | acquisition | *Acquisition* |
| 83 | 2 | now | not |
| 85 | 17 | MR. SMITH | MR. ROTHBERG |
| 86 | 24 | impressive | oppressive |
| 86 | 25 | patter. of | pattern of |
| 87 | 23 | different | difference |
| 93 | 3 | have been | have |
| 93 | 17 | Foot | Foote |
| 94 | 25 | is I | I |
| 96 | 13 | through.  It | through, it |
| 96 | 24 | think | think, |
| 96 | 24 | serves on | serves, one |
| 102 | 22 | testify | testimony |
| 106 | 1 | We're | We've |
| 106 | 1 | .  We're | .  We've |
| 107 | 1 | that was | that--was |
| 107 | 22 | see | sell |
| 108 | 13 | or | our |
| 109 | 20 | you're | you've |
| 120 | 8 | be | be the |
| 120 | 21 | you're | you've |
| 120 | 21 | I'm | I'm a |
| 120 | 25 | You're | You've |
| 121 | 14 | for | form |
| 121 | 16 | question | objection |
| 127 | 5 | you | your |
| 127 | 20 | summary | summer |
| 128 | 8 | took | took place |
| 132 | 6 | going | owed by |
| 135 | 15 | could | cloud |
| 151 | 10 | no | not |
| 153 | 20 | there | they |
| 155 | 25 | you | you-- |
| 158 | 12 | THE COURT | MR. GOLDMAN |
| 158 | 16 | refresh, | refresh |
| 158 | 16 | recollect. | recollection. |
| 162 | 22 | that | that's |
| 164 | 18 | thin | think |

Dallas 303212v2

| Page | Line(s) | From | Proposed Change |
|---|---|---|---|
| 165 | 19 | most | move |
| 166 | 17 | for, if | for--if |
| 166 | 17 | helps.  Funds | helps--funds |
| 167 | 10 | by m | by |
| 168 | 10 | no | not |
| 171 | 12 | y. | your Honor. |
| 171 | 15 | You step | You can step |
| 180 | 2 | customers are, | customers, |
| 189 | 22 | Yu | You |
| 187 | 7 | SkyComm | SkyPort |
| 190 | 1 | ere | were |
| 190 | 13 | an | can |
| 190 | 25 | no | not |
| 192 | 2 | tat | that |
| 192 | 7 | the | they |
| 192 | 25 | Ask him | Ask |
| 193 | 2 | of | or |
| 194 | 12 | our | your |
| 195 | 16 | think | thank |
| 197 | 13 | ere | were |
| 198 | 12 | Any | And |
| 199 | 17 | side | size |
| 201 | 16 | So | So I |
| 202 | 14 | In m | In my |
| 203 | 19 | et | get |
| 204 | 2 | not got | got |
| 204 | 15 | trust | truth |
| 204 | 18 | get | get in |
| 205 | 13 | t | to |
| 213 | 14 | To recall | You recall |
| 218 | 10 | amore | a more |
| 219 | 21 | here | there |
| 220 | 23 | and | at |
| 221 | 22 | sully | totally |
| 222 | 11 | I | in |
| 223 | 20 | knew | know |
| 224 | 5 | no | not |
| 224 | 13 | no | not |
| 225 | 4 | no | not |
| 231 | 23 | respond a, | respond, |
| 234 | 2 | or complain | our complaint |
| 234 | 3 | could | cloud |
| 234 | 5 | pt | put |
| 238 | 2 | I Clearsky | in ClearSky |

4

| Page | Line(s) | From | Proposed Change |
|---|---|---|---|
| 241 | 22 | you | your |
| 242 | 6 | / | ? |
| 243 | 8 | You | You're |
| 244 | 5 | are | care |
| 245 | 21 | accepted | excepted |
| 246 | 2 | accepted | excepted |
| 248 | 14 | To you | To your |
| 250 | 10 | need | am |
| 253 | 19 | Hey | They |
| 262 | 14 | what or | what is or |
| 264 | 13 | That | Thank |
| 265 | 10 | not | now |
| 266 | 19 | attorneys | attorneys' |
| 269 | 18 | emergency | emergence |
| 279 | 23 | honest | honesty |
| 280 | 13 | death | deaf |
| 285 | 10 | en | on |
| 285 | 10 | pointe | point |
| 286 | 14 | now | not |
| 288 | 19 | sure the | sure as |
| 290 | 11 | mow | me now |
| 292 | 3 | meant | met |
| 292 | 8 | have | had |
| 300 | 6 | give | given |
| 309 | 14 | hearing | hearing |
| 309 | 18 | particular | particularly |