IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., <br>    Debtor | § § § § § | CASE NO. 08-36737-H4-11 <br> (Chapter 11) |

| | | |
|---|---|---|
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, CHET GUTOWSKY, JOHN LLEWELLYN, JOSEPH A. LOPEZ, ROBERT FOOTE, BLF PARTNERS, LTD., ECAL PARTNERS, LTD., WHIZKID VENTURE, LLC, BELLA KRIEGER, MARTIN POLLAK, GLOSTER HOLDINGS, LLC, MELVYN REISER, BARRY KLEIN, CHESKEL KAHAN, JOHN A. REES, BRIAN W. HARLE, MICHAEL STEIN, LAWRENCE SOLOMON, TRACY ELSTEIN & DAVID TOGUT, JASON CHARLES TOGUT TRUST, BMT GRANTOR TRUST, LYNN JOYCE ELSTEIN TRUST, CHARLES STACK, JOSEPH BAKER, MOVADA, LTD., PUDDY, LTD., DRACO CAPITAL, INC., EDWARD PASCAL, ROBERT MENDEL, STANLEY BERAZNIK, DON DUI, BEN ARIANO, 3791068 CANADA, INC., PETER TAYLOR, JOHN E. PANNETON, WAYNE C. FOX, DAVID CURRIE, BYRON MESSIER, DARSHAN KHURANA, MATEO NOVELLI, DIYA AL-SARRAJ, SEQUOIA AGGREESSIVE GROWTH FUND, LTD., SEQUOIA DIVERSIFIED GROWTH FUND, LTD., RIG III FUND, LTD., ARAN ASSET MANAGEMENT SA, SEMPER GESTION SA, and EOSPHOROS ASSET MANAGEMENT, INC. <br>   Plaintiffs <br> vs. <br> CENTURYTEL, INC. (a/k/a CENTURYLINK), CLARENCE MARSHALL, R. STEWART EWING, JR., MICHAEL E. MASLOWSKI, HARVEY P. PERRY, ROBERT KUBBERNUS, BALATON GROUP, INC., BANKTON FINANCIAL CORPORATION, BANKTON FINANCIAL CORPORATION, LLC, CLEARSKY MANAGEMENT, INC., WILSON VUKELICH, LLP and CLEARSKY INVESTMENTS, LP <br>   Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § § § | ADVERSARY NO. 10-3150 |

## AFFIDAVIT OF SERVICE

    The undersigned, being duly sworn, certifies that a true and correct copy of the Court's order, dated September 27, 2010 (including the attached Exhibit A), docket #177, was forwarded (a) to the following parties via electronic mail on September 29, 2010, at 3:30 P.M:

3791068 Canada Inc.
496 Wood Avenue
Westmount PQ H3Y 3J2
zvg@capital-ideas.ca

Aran Asset Management SA
Bahnofplatz
P.O.Box 4010
6304 Zug Switzerland
Thalmann@aransa.ch

BLF Partners, Ltd.
6526 Radley Drive
Spring TX, 77379
dbaker@nwwomens.com

BMT Grantor Trust
422 E. 72nd Street - 8A & 8B
New York NY 10021
drdelstein@aol.com
elsteinyellowrose@comcast.net

Draco Capital Inc.
4870 St-Felix St.
St-Augustin-de-Desmaures, PQ G3A 2J9
apouliot@dracocap.ca

EAM, Inc.
90 Adelaide St. w Suite 800
Toronto ON M5H 3V9
ggalanis_99@yahoo.com

ECAL Partners, LTD
6611 Centre Place
Circle Spring TX 77379
mwhite@nwwomens.com

Elstein Trust
485 Oriskany Court
Osprey FL 34229
drdelstein@aol.com
elsteinyellowrose@comcast.net

Jason Charles Togut Trust
422 E. 72nd Street - 8A & 8B
New York NY 10021
elsteinyellowrose@comcast.net

Joanne Schermerhorn
14607 Boudreaux Rd.
Tomball 77377
joannsch@sbcglobal.net

Movada, LTD
6193 Hickory Hollow Lane
Conroe TX 77304
billbmccrary@suddenlink.net

John Waymire
333 North Belt, Suite 105
Houston TX 77060
Kenny@nlmcinc.com

Puddy, LTD
6193 Hickory Hollow Lane
Conroe TX 77304
billbmccrary@suddenlink.net

John A. Rees
11719 Hinson Rd., Suite 130
Little Rock AR 72212
jrees@reesdevelopment.com

Rig III
c/o Semper Gestion SA
40 A route de malagnou
1208 Geneva Switzerland
oi@semper.ch

Sempr Gestion
Imhof Olivier
5 rue dedro-meylan
1208 Geneva Switzerland
oi@semper.ch

Sequoia Aggressive Growth Fund
c/o Semper Gestion SA
5 rue Pedro-Meylan
1208 Geneva Switzerland
oi@semper.ch

Sequoia Diversified Growth Fund
c/o Semper Gestion SA
5 rue Pedro-Meylan
1208 Geneva Switzerland
oi@semper.ch

Togut Trust
422 E. 72nd Street - 8A & 8B
New York NY 10021
drdelstein@aol.com
elsteinyellowrose@comcast.net

Whizkid Ventures
4700 South Bowman Rd.
Little Rock AR 72210
pwhisenhunt@cmsllc.cc

Joseph Baker
30721 Berry Creek Dr.
Georgetown TX 78628
ajbaker22@verizon.net

Gloster Holdings, LLC
100 Park Avenue, 20th Floor
New York NY 10017
sg@sgalaw.com

Chet Gutowsky
302 Pinesap Dr.
Houston TX 77079
chetg@goldbridgecap.com

Brian W. Harle
7711 Louis Paseur, Ste 200
San Antonio TX 78229
bwh84@satx.rr.cm

Yecheskel Kahan
3 Kalev Way, #302
Monroe NY 10950
CheskelK@churchillcorp.com

Bernie Klein
77 Ross St.
Brooklyn NY 11211
iitinc@aol.com

Bella Krieger
3912 South Ocean Bldv., #404
Highland Beach FL
33487kriegerbella@yahoo.com

John Llewellyn
1778 CR 407
Gonzales TX 78629
skyjohn@direcway.com

Joseph Lopez
237 N. Mountain Ave.
Montclair NJ 7042
josef.lopez1@verizon.net

Martin Pollak
16 Springwood Path
Laurel Hollow-Syosset NY 11791
erp70a@optonline.net

Melvyn Reiser
996 Henhawk Rd.
Baldwin NY 11510
melvynreiser@aol.com

Lawrence Solomon
5419 N.W. 42 Ave
Boca Raton FL 33496
lsjoy@aol.com

Charles Stack
515 Enchanted Trail
Spring TX 77388
clstack@rocketmail.com

Michael Stein
385 South End Avenue, Apt. 6C
New York, NY 10280
mstein@lefrak.com

Ben Ariano
c/o Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, PQ H3B 4W8
Robert.Mendel@RichardsonGMP.com

Stanley Beraznik
c/o Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, PQ H3B 4W8
Robert.Mendel@RichardsonGMP.com

Don Dui
c/o Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, (Quebec) H3B 4W8

Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, PQ H3B 4W8
Robert.Mendel@RichardsonGMP.com

Edward Pascal
c/o Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, PQ H3B 4W8
Robert.Mendel@RichardsonGMP.com

Peter Taylor
125 Sibbald Cres.
Sutton West ON L0E 1R0
pjtaylor@bell.net

David Currie
c/o George Swan
Suite 5865, The First Canadian Place
P.O.Box 291, 100 King Street West
Toronto ON M5X 1C9
gswan@forstargroup.com

Byron Messier
c/o George Swan
Suite 5865, The First Canadian Place
P.O.Box 291, 100 King Street West
Toronto ON M5X 1C9
gswan@forstargroup.com

John Panneton
c/o George Swan
Suite 5865, The First Canadian Place
P.O.Box 291, 100 King Street West
Toronto ON M5X 1C9
gswan@forstargroup.com

Wayne Fox
c/o George Swan
Suite 5865, The First Canadian Place
P.O.Box 291, 100 King Street West
Toronto ON M5X 1C9
gswan@forstargroup.com

Diya Al-Sarraj
c/o Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, (Quebec) H3B 4W8
Robert.Mendel@RichardsonGMP.com

Elias N. Jabour
c/o Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, (Quebec) H3B 4W8
Robert.Mendel@RichardsonGMP.com

Darshan Khurana
c/o Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, PQ H3B 4W8
Robert.Mendel@RichardsonGMP.com

Matteo Novelli
51 Rue De Naples
75008 Paris FR
Matteo.Novelli@gmail.com

Ashwin M. Sairam
c/o Robert Mendel
1250, Rene Levesque W. Suite 1500
Montreal, PQ H3B 4W8
Robert.Mendel@RichardsonGMP.com

and (b) to the following parties via Federal Express mail courier on September 29, 2010, at 3:30pm:

Robert Foote
10961 Burnt Mill Rd
Suite 1328
Jacksonville FL 32256

_____
Samuel Goldman

Sworn to before me this 29th day of Sept., 2010.

_____
Notary

NATALIE J KAPLAN
Notary Public, State of New York
No. 02KA4941783
Qualified in Westchester County
Commission Expires Jan. 16, 2011