IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § § | | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., § § § § | CASE NO. 08-36737-H4-11 | |
| Debtor § | | |
| JOANNE SCHERMERHORN, ET AL., § | | |
| Plaintiffs § § | | |
| v. § | ADVERSARY NO. 10-03150 | |
| § | | |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), ET AL., § § | | |
| Defendants § | | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., ET AL., § § | | |
| Plaintiffs § § | | |
| v. § § | ADVERSARY NO. 10-03225 | |
| JOANNE SCHERMERHORN, ET AL., § | (CONSOLIDATED UNDER | |
| Defendants § | ADVERSARY NO. 10-03150) | |

**EXHIBIT LIST AND WITNESS LIST FOR (DOC. NOS. 184, 189 AND 257)
NOVEMBER 30, 2010 HEARING**

| No. | Description | Admitted | Not Admitted | Date |
|---|---|---|---|---|
| 1. | Order from Hearing on 11/23/10 (to be provided) | | | |
| 2. | SkyPort Global Communications, Inc., et al. Exhibits 1, 2, 3, and 10 | | | |

### WITNESS LIST

1. Any witness listed by any other party

Dated:  November 24, 2010.

Respectfully submitted,

MCFALL, BREITBEIL & SMITH, P.C.

By: */s/ W. Steve Smith*
    W. STEVE SMITH
    State Bar No. 18700000
    1331 Lamar Street, Suite 1250
    Houston, Texas 77010
    Tel.      713-590-9300
    Fax.     713-590-9399
    Email: ssmith@mcfall-law.com

THE FRYAR LAW FIRM

By: */s/ F. Eric Fryar*
    F. ERIC FRYAR
    State Bar No. 07495770
    1001 Texas Ave., Suite 1400
    Houston, Texas 77002
    Tel.      (888) 481-9995
             (281) 715-6396
    Main Fax:  (281) 715-6397
    Direct Fax:  (281) 605-1888
    Email: efryar@fryarlawfirm.com

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
    SAMUEL GOLDMAN
    100 Park Ave., 20th Fl.
    New York, NY 10017
    Tel.      (212) 725-1400
    Fax.     (212) 725-0805
    Email: sg@sgalaw.com

HAROLD B. OBSTFELD, P.C.

By: */s/ Harold B. Obstfeld*
HAROLD B. OBSTFELD
100 Park Ave., 20th Floor
New York, NY 10017
Tel.     (212) 696-1212
Fax.    (212) 867-7360
Email: hobsd@erols.com

ATTORNEYS FOR PLAINTIFFS