IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
|     Debtor | § | |
| JOANNE SCHERMERHORN, ET AL., | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | ADVERSARY NO. 10-03150 |
| | § | |
| CENTURYTEL, INC. (A/K/A | § | |
| CENTURYLINK), ET AL., | § | |
|     Defendants | § | |

## CERTIFICATE OF SERVICE

    I hereby certify that a hearing to consider the Plaintiffs'Emergency Motion for Extension of Time to Effect Service and Continue Hearing [Doc. #280] was communicated to David R. Jones, counsel for Wilson Vukelich, LLP via email on February 22, 2011. All registered ECF users appearing in this case received service by electronic mail on February 23, 2011.

    Respectfully submitted,

    MCFALL, BREITBEIL & SMITH, P.C.

    By: */s/ W. Steve Smith*
    W. STEVE SMITH
    State Bar No. 18700000
    1331 Lamar Street, Suite 1250
    Houston, Texas 77010
    Tel.    713-590-9300
    Fax.    713-590-9399
    Email: ssmith@mcfall-law.com

    ATTORNEY FOR PLAINTIFFS'