IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL COMMUNICATIONS, | § | |
| INC., | § | Case No. 08-36737-H4-11 |
| | § | |
|   Debtor. | § | |
| _____ | § | |
| | § | |
| JOANNE SCHERMERHORN, *et al*. | § | |
| | § | |
|   Plaintiffs | § | |
| | § | |
| vs. | § | Adversary No. 10-3150 |
| | § | |
| CENTURYTEL, INC. (a/k/a CENTURYLINK), | § | |
| CLARENCE MARSHALL, R. STEWART | § | |
| EWING, JR., MICHAEL E. MASLOWSKI, | § | |
| HARVEY P. PERRY, ROBERT KUBBERNUS, | § | |
| BALATON GROUP, INC., BANKTON FINANCIAL | § | |
| CORPORATION, BANKTON FINANCIAL | § | |
| CORPORATION, LLC, CLEARSKY | § | |
| MANAGEMENT, INC., WILSON VUKELICH, LLP | § | |
| and CLEARSKY INVESTMENTS, LP | § | |
| | § | |
|   Defendants. | § | |

## ORDER
### [Docket No. 293]

The Motion of the Schermerhorn Parties for Entry of Order is **DENIED** except that the dismissal shall be "without prejudice."


SIGNED this _____ day of _____, 2011.


_____
**THE HONORABLE JEFF BOHM,**
**UNITED STATES BANKRUPTCY JUDGE**