IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | (Chapter 11) |
|     Debtor | § | |
| JOANNE SCHERMERHORN, JOHN K. | § | |
| WAYMIRE, ET AL., | § | |
|     Plaintiffs/Appellants | § | |
| | § | |
| VS. | § | ADVERSARY NO. 10-03150 |
| | § | (and consolidated Adv. No. 10-3225) |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), | § | |
| CLARENCE MARSHALL, ET AL., | § | |
|     Defendants/Appellees | § | |

**CENTURYTEL APPELLEE'S CROSS-DESIGNATION OF RECORD ON APPEAL**

In accordance with Rule 8006 of the Federal Rules of Bankruptcy Procedure, the CenturyTel Appellees, CenturyTel, Inc. a/k/a/ CenturyLink, Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, and Harvey P. Perry (collectively, the "CenturyTel Appellees"), hereby cross-designate the following items to be included in the record on appeal to be presented to the United States District Court for the Southern District of Texas in connection with the Notice of Appeal filed by Appellants in the above-captioned case on April 14, 2011.

**BANKRUPTCY CASE NO. 08-36767-H4-11**

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 1. | 11/20/2008 | 43 | Equity Security Holders (Filed By SkyPort Global Communications, Inc.). (Rothberg, Edward) (Entered: 11/20/2008) |
| 2. | 05/22/2009 | 222 | Disclosure Statement Filed by SkyPort Global Communications, Inc. (Attachments: # 1 Exhibit "A" Plan of Reorganization with Attached Exhibit# 2 Exhibit "B" Claims Analysis# 3 Exhibit "C" Pro Forma Financial Projections# 4 Exhibit "D" Liquidation Analysis# 5 Exhibit "E" Appraisal of Personal Property# 6 Exhibit "F" Payments Made Within |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| | | | 90 Days of the Petition) (Ray, Hugh) Modified on 5/26/2009 (rste). (Entered: 05/22/2009) |
| 3. | 05/22/2009 | 223 | Chapter 11 Plan of Reorganization Filed by SkyPort Global Communications, Inc. (Ray, Hugh) (Entered: 05/22/2009) |
| 4. | 05/29/2009 | 230 | Certificate *of Service* (Filed By SkyPort Global Communications, Inc.). (Related document(s): 222 Disclosure Statement, 228 BNC Certificate of Mailing) (Rothberg, Edward) (Entered: 05/29/2009) |
| 5. | 07/31/2009 | 293 | Objection to Confirmation of Plan Filed by Draco Capital, Inc. (Related document(s): 223 Chapter 11 Plan) (Mitchell, John) (Entered: 07/31/2009) |
| 6. | 08/02/2009 | 299 | Objection to Confirmation of Plan Filed by Draco Capital, Inc. (Related document(s): 223 Chapter 11 Plan) (Mitchell, John) (Entered: 08/02/2009) |
| 7. | 07/08/2009 | 264 | Amended Disclosure Statement Filed by SkyPort Global Communications, Inc. (Related document(s): 222 Disclosure Statement) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Haselden, Melissa) (Entered: 07/08/2009) |
| 8. | 07/10/2009 | 268 | Certificate *of Service* (Filed By SkyPort Global Communications, Inc.). (Related document(s): 223 Chapter 11 Plan, 264 Amended Disclosure Statement, 265 Order Approving Disclosure Statement) (Haselden, Melissa) (Entered: 07/10/2009) |
| 9. | 07/30/2009 | 290 | Emergency Motion *to Approve Modifications to Debtor's Chapter 11 Plan Docket No. 223*, Motion to Modify Plan. Objections/Request for Hearing Due in 20 days. Filed by Debtor SkyPort Global Communications, Inc. (Attachments: # 1 Proposed Order) (Rothberg, Edward) (Entered: 07/30/2009) |
| 10. | 08/12/2009 | 338 | Order Dismissing Objections to Confirmation Filed by Draco Capital, Inc. (Doc. 293, 299). Signed on 8/12/2009 (Related document(s): 293 Dismissing Objection to Confirmation of the Plan, 299 Dismissing Objection to Confirmation of the Plan) (kstr) (Entered: 08/12/2009) |
| 11. | 08/12/2009 | 340 | Order Confirming Plan of Reorganization, As Modified Signed on 8/12/2009 (Related document(s): 223 Chapter 11 Plan, 265 Order Approving Disclosure Statement, 289 Notice) (kstr) (Entered: 08/12/2009) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 12. | 08/14/2009 | 342 | BNC Certificate of Mailing. (Related document(s): 340 No action taken on Order Confirming Chapter 11 Plan) No. of Notices: 264. Service Date 08/14/2009. (Admin.) (Entered: 08/15/2009) |
| 13. | 08/24/2009 | 351 | Transcript RE: #157 Objection to Claim; #265 Confirmation Hearing; #290 Motion to Approve Modifications to Plan held on 08-07-09 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/23/2009. (Attachments: # 1 Volume(s) 27746 Volume II of II) (lmar) (Entered: 08/24/2009) |

### **ADVERSARY NO. 10-03150**

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 14. | 04/19/2010 | 21 | Order Requiring Plaintiffs to Comply with Rule 7007.1 Signed on 4/19/2010 (kettac) (Entered: 04/19/2010) |
| 15. | 04/28/2010 | 25 | Amended Motion to Set Hearing (related document(s): 2 Motion to Dismiss Adversary Proceeding, Motion for Summary Judgment, Motion for Sanctions, 14 Motion for Remand). Filed by 3790168 Canada, Inc., ARAN Asset Management SA, Diya Al-sarraj, Ben Ariano, BLF Partners, Ltd., BMT Grantor Trust, Joseph Baker, Stanley Beraznik, David Currie, Draco Capital, Inc., Don Dui, ECAL Partners, Ltd., Tracy Elstein, Eosphoros Asset management, Inc., Robert Foote, Wayne C. Fox, Gloster Holdings, LLC, Chet Gutowsky, Brian W Harle, Jason Charles Togut Trust, Llewellyn John, Rees A John, Yecheskel Kahan, Darshan Khurana, Barry Klein, Bella Kreiger, Joseph A. Lopez, Lynn Joyce Elstein Trust, Robert Mendel, Byron Messier, Movada, Ltd., Mateo Novelli, John E. Panneton, Edward Pascal, Martin Pollack, Puddy, Ltd., Melvyn Reiser, Rig III Fund, Ltd., Joanne Schermerhorn, Semper-Gestion SA, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Ltd., Lawrence Solomon, Charles Stack, Michael Stein, Peter Taylor, David Togut, John Waymire, Whiz Kid Ventures (Attachments: # 1 Proposed Order) (Fryar, F. Eric) (Entered: 04/28/2010) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 16. | 05/14/2010 | 39 | Motion to Set Hearing (related document(s): 38 Motion to Reconsider). Filed by 3790168 Canada, Inc., ARAN Asset Management SA, Diya Al-sarraj, Ben Ariano, BLF Partners, Ltd., BMT Grantor Trust, Joseph Baker, Stanley Beraznik, David Currie, Draco Capital, Inc., Don Dui, ECAL Partners, Ltd., Tracy Elstein, Eosphoros Asset management, Inc., Robert Foote, Wayne C. Fox, Gloster Holdings, LLC, Chet Gutowsky, Brian W Harle, Jason Charles Togut Trust, Llewellyn John, Rees A John, Yecheskel Kahan, Darshan Khurana, Barry Klein, Bella Kreiger, Joseph A. Lopez, Lynn Joyce Elstein Trust, Robert Mendel, Byron Messier, Movada, Ltd., Mateo Novelli, John E. Panneton, Edward Pascal, Martin Pollack, Puddy, Ltd., Melvyn Reiser, Rig III Fund, Ltd., Joanne Schermerhorn, Semper-Gestion SA, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Ltd., Lawrence Solomon, Charles Stack, Michael Stein, Peter Taylor, David Togut, John Waymire, Whiz Kid Ventures (Attachments: # 1 Proposed Order Proposed Order) (Fryar, F. Eric) (Entered: 05/14/2010) |
| 17. | 05/18/2010 | 42 | Corrected Objection (related document(s): 39 Motion to Set Hearing). Filed by Balaton Group, Bankton Financial Corporation, Bankton Financial Corporation LLC, Centurytel, Inc., Clearsky Investments, LP, Clearsky Management Inc, R. Stewart Ewing Jr., Robert Kubbernus, Clarence Marshall, Michael E Maslowski, Harvey P. Perry (Attachments: # 1 Exhibit "A" - Response to Motion To Reconsider# 2 Proposed Order) (Ray, Hugh) (Entered: 05/18/2010) |
| 18. | 05/19/2010 | 43 | Notice *of Appearance of Counsel*. Filed by Joanne Schermerhorn (Smith, W) (Entered: 05/19/2010) |
| 19. | 05/24/2010 | 49 | Motion for Expedited Consideration (related document(s): 48 Generic Motion). Filed by Joanne Schermerhorn (Attachments: # 1 Affidavit # 2 Proposed Order) (Smith, W) (Entered: 05/24/2010) |
| 20. | 05/24/2010 | 50 | Motion *to Disqualify Hugh M. Ray III and McKool Smith, P.C.* Filed by Joanne Schermerhorn (Attachments: # 1 Proposed Order) (Smith, W) (Entered: 05/24/2010) |
| 21. | 05/24/2010 | 52 | Certificate *of Conference* (Filed By Joanne Schermerhorn). (Smith, W) (Entered: 05/24/2010) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 22. | 05/24/2010 | 53 | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Draco Capital, Inc. (Attachments: # 1 Proposed Order) (Mitchell, John) (Entered: 05/24/2010) |
| 23. | 05/24/2010 | 54 | Motion to Expedite Hearing (related document(s): 53 Motion to Withdraw as Attorney). Filed by Draco Capital, Inc. (Attachments: # 1 Proposed Order) (Mitchell, John) (Entered: 05/24/2010) |
| 24. | 05/24/2010 | 55 | Objection (related document(s): 49 Motion for Expedited Consideration). Filed by Balaton Group, Bankton Financial Corporation, Bankton Financial Corporation LLC, Centurytel, Inc., Clearsky Investments, LP, Clearsky Management Inc, R. Stewart Ewing Jr., Robert Kubbernus, Clarence Marshall, Michael E Maslowski, Harvey P. Perry (Attachments: # 1 Proposed Order) (Ray, Hugh) (Entered: 05/24/2010) |
| 25. | 05/25/2010 | 58 | Amended Motion for Expedited Consideration (related document(s): 57 Generic Motion). Filed by Joanne Schermerhorn (Attachments: # 1 Proposed Order) (Smith, W) (Entered: 05/25/2010) |
| 26. | 05/25/2010 | 59 | Objection (related document(s): 45 Motion for Expedited Consideration). Filed by Joanne Schermerhorn (Smith, W) (Entered: 05/25/2010) |
| 27. | 05/25/2010 | 61 | Order Granting Expedited Consideration (Related document(s): 45). Hearing on (Related document(s): 44 Motion to Consolidate) is scheduled for 5/27/2010 at 09:00 A.M. at Houston, Courtroom 600 (JB). Signed on 5/25/2010. (vatt) (Entered: 05/26/2010) |
| 28. | 05/26/2010 | 64 | Witness List, Exhibit List (Filed By Balaton Group, Bankton Financial Corporation, Bankton Financial Corporation LLC, Centurytel, Inc., Clearsky Investments, LP, Clearsky Management Inc, R. Stewart Ewing Jr., Robert Kubbernus, Clarence Marshall, Michael E Maslowski, Harvey P. Perry ).(Related document(s): 2 Motion to Dismiss Adversary Proceeding, Motion for Summary Judgment, Motion for Sanctions) (Ray, Hugh) (Entered: 05/26/2010) |
| 29. | 05/26/2010 | 65 | Witness List (Filed By Joanne Schermerhorn). (Smith, W) (Entered: 05/26/2010) |
| 30. | 05/26/2010 | 66 | Exhibit List (Filed By Joanne Schermerhorn). (Smith, W) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| | | | (Entered: 05/26/2010) |
| 31. | 05/26/2010 | 67 | Witness List, Exhibit List (Filed By Balaton Group, Bankton Financial Corporation, Bankton Financial Corporation LLC, Centurytel, Inc., Clearsky Investments, LP, Clearsky Management Inc, R. Stewart Ewing Jr., Robert Kubbernus, Clarence Marshall, Michael E Maslowski, Harvey P. Perry). (Related document(s): 2 Motion to Dismiss Adversary Proceeding, Motion for Summary Judgment, Motion for Sanctions, 64 Witness List, Exhibit List) (Ray, Hugh) (Entered: 05/26/2010) |
| 32. | 05/26/2010 | 70 | Certificate *of Service* (Filed By Balaton Group, Robert Kubbernus, Skyport Global Communications, Inc.). (Related document(s): 61 Order Setting Hearing) (Rothberg, Edward) (Entered: 05/26/2010) |
| 33. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 3 – List of Equity Security Holders [main case, docket #43] – admitted into evidence |
| 34. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 4 – Mailing Matrix [main case] – admitted into evidence |
| 35. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 5 – Disclosure Statement [main case, docket #222] |
| 36. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 6 – Certificate of Service re: Disclosure Statement and BNC Certificate of Service on Order and Notice for Hearing On Disclosure Statement [main case, docket #230] – admitted into evidence |
| 37. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 7 – Amended Disclosure Statement [main case, docket #264] – admitted into evidence |
| 38. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 8 – Certificate of Service re: Chapter 11 Plan, Amended Disclosure Statement, and Order Approving Disclosure Statement [main case, docket #268] – admitted into evidence |
| 39. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 9 – Emergency Motion to Approve Modifications to Debtor's Chapter 11 Plan of Reorganization [main case, docket #290] – admitted into evidence |
| 40. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 10 – Order Confirming Plan with attachments [main case, docket #340] – admitted into evidence |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 41. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 11 – BNC Certificate of Service re: Docket #340 [main case, docket #342] – admitted into evidence |
| 42. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 12 – Docket in Case No. 08-36737 – admitted into evidence |
| 43. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 13 – Docket in Adv. No. 10-3150 – admitted into evidence |
| 44. | 05/27/2010 | | 5/27/2010 CenturyTel Exhibit 14 – Notice of Removal with attachments [adv. 10-3150, docket #1] – admitted into evidence |
| 45. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 15 – Mismanagement |
| 46. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 16 – "SkyComm" v. "SkyPort" |
| 47. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 17 – Count 1 Original Shareholders SC and Non-CT Debenture Holders sue CT Defendants for Breach of Fiduciary Duty |
| 48. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 18 – County II All Plaintiffs Sue RK/Bal/Bankton/Bankton-C/CSky Mgmt ("Kubbernus Defendants") for Breach of Fiduciary Duties |
| 49. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 19 – Count III CSky Investors Sue KD and WilVuk for Breach of Fiduciary Duties; Count IV CSky Investors Sue WilVuk for Breach of Fiduciary Duty |
| 50. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 20 – Count V OS and Non-CT Debenture Holders Sue CTD for Shareholder Oppression; Count VI All Plaintiffs Against KD for Shareholder Oppression |
| 51. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 21 – Count VII All Plaintiffs Sue All Defendants for Fraud |
| 52. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 22 – Count VII All Plaintiffs Sue All Defendants for Fraud (continued) |
| 53. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 23 – Count VIII CSky Investors and Additional Investors Sue CTD for Negligence |
| 54. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 24 – Count IX All Plaintiffs Sue CTDs for Negligent Misrepresentation; |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| | | | Count X Non-CT Debenture Holders, CSky Investors and Additional Investors Sue all Defendants for Violation of Texas Securities Act |
| 55. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 25 – Count XI Non-Ct Debenture Holders, CSky and Additional Investors Sue All Defs for Violating Tex. Bus. Commerce Code Sec. 27.01; Count XII All Plaintiffs Sue All Defendants for Civil Conspiracy |
| 56. | 05/27/2010 | | 5/27/2010 CenturyTel Demonstrative Exhibit 26 – Count XIII All Plaintiffs Sue CTD for Aiding and Abetting; Count XIV CSky & Additional Investors Sue KD for Breach of KD and Rescission; Count XV CSky derivatively Sue WilVuk and KD Malpractice and Breach of Fiduciary Duties |
| 57. | 05/27/2010 | 71 | Order Granting Motion To Withdraw As Attorney (Related Doc # 53) Signed on 5/27/2010. (arive) (Entered: 05/28/2010) |
| 58. | 06/02/2010 | 74 | Notice *of Dismissal of Plaintiffs' Motion to Disqualify Hugh M. Ray, III and McKool Smith, P.C.* (Related document(s): 50 Generic Motion) Filed by Joanne Schermerhorn (Smith, W) (Entered: 06/02/2010) |
| 59. | 06/07/2010 | 81 | Document(s) Sent by certified mail to Harris County 113th District Court; Tracking Number 7100780000182366289 (Related document(s): 79 Order on Motion For Remand). (dcar) (Entered: 06/07/2010) |
| 60. | 06/21/2010 | 94 | Witness List, Exhibit List (Filed By Wilson Vukelich, LLP). (Related document(s): 69 Motion to Dismiss Adversary Proceeding) (Jones, David) (Entered: 06/21/2010) |
| 61. | 06/22/2010 | 96 | Exhibit List (Filed By Joanne Schermerhorn ).(Related document(s): 69 Motion to Dismiss Adversary Proceeding) (Smith, W) (Entered: 06/22/2010) |
| 62. | 06/22/2010 | 97 | Witness List (Filed By Joanne Schermerhorn ).(Related document(s): 69 Motion to Dismiss Adversary Proceeding) (Smith, W) (Entered: 06/22/2010) |
| 63. | 06/30/2010 | 105 | Certificate *on Reasonableness of Fees* (Filed By Joanne Schermerhorn ).(Related document(s): 87 Response to Order) (Smith, W) (Entered: 06/30/2010) |
| 64. | 06/30/2010 | 106 | Withdraw Document (Filed By Joanne Schermerhorn). (Related document(s): 105 Certificate) (Smith, W) (Entered: 06/30/2010) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 65. | 06/30/2010 | 107 | Certificate *on Reasonableness of Fees* (Filed By Joanne Schermerhorn ).(Related document(s): 87 Response to Order) (Smith, W) (Entered: 06/30/2010) |
| 66. | 07/08/2010 | 116 | Notice *of Hearing*. (Related document(s): 87 Response to Order, 102 Response to Order, Courtroom Minutes, 103 Motion for Sanctions) Filed by Balaton Group, Bankton Financial Corporation, Bankton Financial Corporation LLC, Centurytel, Inc., Clearsky Investments, LP, Clearsky Management Inc, R. Stewart Ewing Jr., Robert Kubbernus, Michael E Maslowski, Harvey P. Perry (Ray, Hugh) (Entered: 07/08/2010) |
| 67. | 07/16/2010 | 124 | Emergency Motion *of Joanne Schermerhorn, et al. for Continuance* Filed by Joanne Schermerhorn (Attachments: # 1 Proposed Order) (Smith, W) (Entered: 07/16/2010) |
| 68. | 07/16/2010 | 125 | Motion for Expedited Consideration (related document(s): 124 Emergency Motion (Adversary)). Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Proposed Order) (Smith, W) (Entered: 07/16/2010) |
| 69. | 07/18/2010 | 126 | Objection (related document(s): 124 Emergency Motion (Adversary), 125 Motion for Expedited Consideration). Filed by Balaton Group, Bankton Financial Corporation, Bankton Financial Corporation LLC, Clearsky Investments, LP, Clearsky Management Inc, R. Stewart Ewing Jr., Robert Kubbernus, Clarence Marshall, Michael E Maslowski, Harvey P. Perry (Attachments: # 1 Proposed Order) (Ray, Hugh) (Entered: 07/18/2010) |
| 70. | 07/20/2010 | 127 | Order Granting Motion for Expedited Consideration (Related Doc # 125) of Emergency Motion of Joanne Schermerhorn, et al. for Continuance (Related Doc # 124). Hearing is scheduled for 7/22/2010 at 10:30 AM at Houston, Courtroom 600 (JB). Signed on 7/20/2010. (vatt) (Entered: 07/22/2010) |
| 71. | 07/23/2010 | 132 | Order Denying Emergency Motion For Continuance (Related Doc # 124) Signed on 7/23/2010. (amal) (Entered: 07/23/2010) |
| 72. | 07/30/2010 | 138 | Witness List (Filed By Joanne Schermerhorn). (Smith, W) (Entered: 07/30/2010) |
| 73. | 07/30/2010 | 142 | Withdraw Document (Filed By Joanne Schermerhorn). (Related document(s): 141 Exhibit List) (Smith, W) (Entered: 07/30/2010) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 74. | 08/02/2010 | 145 | Motion *Expedited Motion for Protective Order* Filed by Joanne Schermerhorn (Attachments: # 1 Proposed Order) (Smith, W) (Entered: 08/02/2010) |
| 75. | 08/02/2010 | 147 | Amended Motion *Expedited Motion for Protective Order* Filed by Joanne Schermerhorn (Attachments: # 1 Proposed Order) (Smith, W) (Entered: 08/02/2010) |
| 76. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 2 – Docket in Adv. No. 10-3150 (printed as of 08/02/2010) – admitted into evidence |
| 77. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 3 – Notice of Filing Redacted Fee Statements of McKool Smith P.C. [docket #87] – admitted into evidence |
| 78. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 6 – Defendants' Motion for Additional Sanctions [docket #103] – judicial notice taken |
| 79. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 14 – Plaintiffs' Memorandum in Opposition to Sanctions Sought by SkyPort Global Communications, Inc. [docket #131] – judicial notice taken |
| 80. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 15 – Plaintiffs' Objection to Removing Defendants' Request for Additional Sanctions and Memorandum on the Unreasonableness of Their Fee Request [docket #133] – judicial notice taken |
| 81. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 16 – Defendants' Response to Plaintiffs' Objection to Defendants' Request for Additional Sanctions and Defendants' Motion to Strike Pleadings [docket #136] – judicial notice taken |
| 82. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 17 - Chart of Substantive Pleadings Filed – admitted into evidence |
| 83. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 18 - Chronology of all hearings in Adversary #10-3150 – admitted into evidence |
| 84. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 19 - Curriculum vitae for Robert M. Manley – admitted into evidence |
| 85. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 20 - Curriculum vitae for Hugh M. Ray, III – admitted into evidence |
| 86. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 21 - Curriculum vitae for L. David Anderson – admitted into evidence |
| 87. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 22 - Curriculum vitae for Christopher D. Johnson – admitted into evidence |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 88. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 23 - Curriculum vitae for Ruth Van Meter – admitted into evidence |
| 89. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 24 - Curriculum vitae for Christopher Limpus – admitted into evidence |
| 90. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 25 - Curriculum vitae for Ivan Wang – admitted into evidence |
| 91. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 26 - Curriculum vitae for Nicholas Zugaro – admitted into evidence |
| 92. | 08/03/2010 | | 08/03/2010 CenturyTel Exhibit 27 - McKool Smith P.C. Unredacted Fee Statements (provided to counsel on "eyes only" basis and to be filed under seal or other protections) – admitted into evidence |
| 93. | 08/03/2010 | | 08/03/2010 CenturyTel Defendants' Demonstrative Exhibit 31 – admitted into evidence |
| 94. | 08/03/2010 | | 08/03/2010 CenturyTel Defendants' Demonstrative Exhibit 32 – admitted into evidence |
| 95. | 08/03/2010 | | 08/03/2010 CenturyTel Defendants' Demonstrative Exhibit 33 – admitted into evidence |
| 96. | 08/03/2010 | | 08/03/2010 CenturyTel Defendants' Demonstrative Exhibit 34 – admitted into evidence |
| 97. | 08/03/2010 | | 08/03/2010 CenturyTel Defendants' Demonstrative Exhibit 35 – admitted into evidence |
| 98. | 08/03/2010 | | 08/03/2010 CenturyTel Defendants' Demonstrative Exhibit 36 – admitted into evidence |
| 99. | 09/24/2010 | 174 | Motion for Expedited Consideration (related document(s): 173 Motion for Contempt). Filed by Skyport Global Communications, Inc. (Attachments: # 1 Affidavit # 2 Proposed Order) (Catmull, Annie) (Entered: 09/24/2010) |
| 100. | 09/24/2010 | 175 | Motion *to Correct Hearing Transcript* Filed by Centurytel, Inc., R. Stewart Ewing Jr., Clarence Marshall, Michael E Maslowski, Harvey P. Perry (Attachments: # [1](#) Exhibit A) (Zugaro, Nicholas) (Entered: 09/24/2010) |
| 101. | 09/28/2010 | 181 | Motion *for Emergency Consideration of Emergency Motion of the Schermerhorn Parties for Reconsideration of Court's Order* Filed by Joanne Schermerhorn (Attachments: # 1 Affidavit # 2 Proposed Order) (Smith, W) (Entered: 09/28/2010) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 102. | 10/04/2010 | 189 | Response (related document(s): 184 Motion for Contempt). Filed by Joanne Schermerhorn (Smith, W) (Entered: 10/04/2010) |
| 103. | 10/04/2010 | 190 | Reply. Filed by Joanne Schermerhorn (Smith, W) (Entered: 10/04/2010) |
| 104. | 10/06/2010 | 193 | Emergency Motion *of Schermerhorn Parties for Summary Judgment in Regard to Motion by SkyPort Global Communications, Inc. for Contempt (Doc. #173) and Supplemental Motion (Doc. #184)* Filed by Joanne Schermerhorn (Attachments: # 1 Affidavit # 2 Exhibit A# 3 Exhibit B# 4 Proposed Order) (Smith, W) (Entered: 10/06/2010) |
| 105. | 10/06/2010 | 194 | Motion for Expedited Consideration (related document(s): 193 Emergency Motion (Adversary)). Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Proposed Order) (Smith, W) (Entered: 10/06/2010) |
| 106. | 10/07/2010 | 195 | Motion *Expedited Motion of the Schermerhorn Parties Pertaining to Show Cause Hearing* Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Proposed Order) (Smith, W) (Entered: 10/07/2010) |
| 107. | 10/07/2010 | 196 | Withdraw Document (Filed By Joanne Schermerhorn). (Related document(s): 195 Generic Motion) (Smith, W) (Entered: 10/07/2010) |
| 108. | 10/07/2010 | 197 | Motion *Expedited Motion of the Schermerhorn Parties Pertaining to Show Cause Hearing* Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Proposed Order) (Smith, W) (Entered: 10/07/2010) |
| 109. | 10/08/2010 | 198 | Supplemental Motion *of the Schermerhorn Parties Pertaining to Show Cause Hearing* Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Proposed Order) (Smith, W) (Entered: 10/08/2010) |
| 110. | 10/08/2010 | 199 | Motion to Quash *SkyPort Subpoenas Served on Plaintiffs' Counsel; Motion for Protective Order on SkyPort Subpoenas; and Response to SkyPort's Motion to Shorten Time (Doc. #191)* Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (Smith, W) (Entered: 10/08/2010) |
| 111. | 10/08/2010 | 200 | Order Granting Motion for Expedited Consideration, Without a Hearing, of the Motion for an Order Setting an October 14, |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| | | | 2010 Response Deadline in Connection with the Request for Production of Documents Served on the Schermerhorn Group. (Related Doc # 192). Signed on 10/8/2010. (vatt) (Entered: 10/08/2010) |
| 112. | 10/08/2010 | 201 | Order Granting Motion for an Order Setting an October 14, 2010 Response Deadline in Connection with the Request for Production of Documents Served on the Schermerhorn Group. (Related Doc # 191, 199). Signed on 10/8/2010. (vatt) Modified on 12/23/2010 (rste). (Entered: 10/08/2010) |
| 113. | 10/11/2010 | 203 | Exhibit List (Filed By Skyport Global Communications, Inc.). (Related document(s): 104 Motion for Sanctions, 177 Order Setting Hearing) (Catmull, Annie) (Entered: 10/11/2010) |
| 114. | 10/12/2010 | 207 | Response (related document(s): 197 Generic Motion, 198 Generic Motion). Filed by Skyport Global Communications, Inc. (Attachments: # 1 Exhibit summary of Schermerhorn reports) (Catmull, Annie) (Entered: 10/12/2010) |
| 115. | 10/12/2010 | 208 | Objection (related document(s): 199 Motion to Quash). Filed by Skyport Global Communications, Inc. (Catmull, Annie) (Entered: 10/12/2010) |
| 116. | 10/13/2010 | 209 | Reply. Filed by Joanne Schermerhorn (Smith, W) (Entered: 10/12/2010) |
| 117. | 10/13/2010 | 210 | Motion *Second Supplement to Expedited Motion of the Schermerhorn Parties Pertaining to Show Cause Hearing* Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Smith, W) (Entered: 10/13/2010) |
| 118. | 10/14/2010 | 211 | Proposed Order RE: *Agreed Order Concerning Show Cause Hearing* (Filed By Joanne Schermerhorn). (Smith, W) (Entered: 10/14/2010) |
| 119. | 10/14/2010 | 212 | Notice *of Dismissal*. (Related document(s): 176 Generic Motion) Filed by Joanne Schermerhorn (Smith, W) (Entered: 10/14/2010) |
| 120. | 10/14/2010 | 213 | Agreed Order Concerning Show Cause Hearing. Signed on 10/14/2010 (Related document(s): 177 Order Setting Hearing) (rste) (Entered: 10/14/2010) |
| 121. | 10/18/2010 | 217 | Order on Motion to Correct Hearing Transcript (Related Doc # 175) Signed on 10/18/2010. (sgue) it is further ordered that the amended transcript be filed with the Clerk of the Court by |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| | | | no later than November 18, 2010. (Entered: 10/18/2010) |
| 122. | 10/29/2010 | 229 | Objection (related document(s): 173 Motion for Contempt, 184 Motion for Contempt). Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Smith, W) (Entered: 10/29/2010) |
| 123. | 10/29/2010 | 230 | Motion *of the Schermerhorn Parties for Entry of Order ($17,800.29)* Filed by Joanne Schermerhorn (Attachments: # 1 Proposed Order) (Smith, W) (Entered: 10/29/2010) |
| 124. | 11/01/2010 | 235 | Notice *of Compliance*. (Related document(s): 233 Generic Order (Adversary)) Filed by Joanne Schermerhorn (Smith, W) (Entered: 11/01/2010) |
| 125. | 11/01/2010 | 236 | Certificate *of Receipt of $17,800.29 of Wired Funds* (Filed By Skyport Global Communications, Inc.). (Related document(s): 233 Generic Order (Adversary)) (Catmull, Annie) (Entered: 11/01/2010) |
| 126. | 11/02/2010 | 237 | Request for Hearing (Filed By Skyport Global Communications, Inc.). (Related document(s): 229 Objection) (Catmull, Annie) (Entered: 11/02/2010) |
| 127. | 11/02/2010 | 238 | Response (related document(s): 181 Generic Motion, 184 Motion for Contempt, 193 Emergency Motion (Adversary), 194 Motion for Expedited Consideration, 197 Generic Motion, 210 Generic Motion). Filed by Skyport Global Communications, Inc. (Catmull, Annie) (Entered: 11/02/2010) |
| 128. | 11/09/2010 | 241 | Order Mooting Order Directing Schermerhorn Plaintiffs To Pay $17,800.29 to HSLLP Defendants. Signed on 11/9/2010 (rste) (Entered: 11/09/2010) |
| 129. | 11/09/2010 | 244 | Notice *of Compliance*. (Related document(s): 242 Order on Motion For Sanctions) Filed by Joanne Schermerhorn (Smith, W) (Entered: 11/09/2010) |
| 130. | 11/10/2010 | 246 | Emergency Motion *of Joanne Schermerhorn, et al. for Continuance* Filed by Joanne Schermerhorn (Attachments: # 1 Affidavit # 2 Proposed Order) (Smith, W) (Entered: 11/10/2010) |
| 131. | 11/11/2010 | 247 | Notice *OF RECEIPT OF CHECK FOR $8,584.65*. (Related document(s): 242 Order on Motion For Sanctions) Filed by Skyport Global Communications, Inc. (Catmull, Annie) (Entered: 11/11/2010) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 132. | 11/15/2010 | 251 | Order Granting Unopposed Motion for Continuance 229. The November 19 hearing is continued to November 23, 2010 at 3:00 p.m. (Related Doc # 246) Signed on 11/15/2010. (rste) (Entered: 11/15/2010) |
| 133. | 11/15/2010 | 252 | Order Mooting Motion (Related Doc # 231) Signed on 11/15/2010. (rste) (Entered: 11/15/2010) |
| 134. | 11/18/2010 | 255 | Objection (related document(s): 193 Emergency Motion (Adversary)). Filed by Skyport Global Communications, Inc. (Catmull, Annie) (Entered: 11/18/2010) |
| 135. | 11/22/2010 | 256 | Objection (related document(s): 184 Motion for Contempt). Filed by Joanne Schermerhorn (Smith, W) (Entered: 11/22/2010) |
| 136. | 12/10/2010 | 265 | Certificate *by the Schermerhorn Group Regarding Doc. #184 Fees and Expenses* (Filed By Joanne Schermerhorn). (Related document(s): 184 Motion for Contempt) (Smith, W) (Entered: 12/10/2010) |
| 137. | 12/14/2010 | 266 | Certificate *NOTICE OF RECEIPT OF CHECK FOR $6,662.50 FROM ERIC FRYAR AND CHECK FOR $6,662.50 FROM SAM GOLDMAN* (Filed By Skyport Global Communications, Inc.). (Related document(s): 261 Generic Order (Adversary)) (Catmull, Annie) (Entered: 12/14/2010) |
| 138. | 12/22/2010 | 268 | Certificate *NOTICE OF RECEIPT OF CHECK FOR $9,663.53 FROM SAM GOLDMAN* (Filed By Skyport Global Communications, Inc.). (Related document(s): 267 Order on Motion for Contempt) (Catmull, Annie) (Entered: 12/22/2010) |
| 139. | 02/22/2011 | 281 | Objection (related document(s): 280 Emergency Motion). Filed by Wilson Vukelich, LLP (Attachments: # 1 Proposed Order) (Freeman, Elizabeth) (Entered: 02/22/2011) |
| 140. | 02/28/2011 | 283 | Response (Filed By Joanne Schermerhorn ).(Related document(s): 281 Objection) (Attachments: # 1 Exhibit A# 2 Exhibit B) (Smith, W) (Entered: 02/28/2011) |
| 141. | 03/07/2011 | 286 | Summons Service Executed on Wilson Vukelich, LLP 2/28/2011. (Smith, W) (Entered: 03/07/2011) |
| 142. | 03/14/2011 | 292 | Proposed Order Submission After Hearing (Filed By Wilson Vukelich, LLP ).(Related document(s): 69 Motion to Dismiss Adversary Proceeding, 280 Emergency Motion) (Jones, |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| | | | David) (Entered: 03/14/2011) |
| 143. | 03/31/2011 | 295 | Proposed Order Submission After Hearing (Filed By Wilson Vukelich, LLP ).(Related document(s): 293 Generic Motion) (Jones, David) (Entered: 03/31/2011) |
| 144. | 03/31/2011 | 296 | Proposed Order Submission After Hearing (Filed By Wilson Vukelich, LLP ).(Related document(s): 69 Motion to Dismiss Adversary Proceeding, 280 Emergency Motion) (Jones, David) (Entered: 03/31/2011) |
| 145. | 04/14/2011 | 306 | Emergency Motion *to Stay Payment of $74,178.00 Required by Sanction Orders Pending Resolution of Appeal (Docket Nos. 299 & 300)* Filed by Joanne Schermerhorn (Attachments: # 1 Proposed Order) (Smith, W) (Entered: 04/14/2011) |
| 146. | 04/14/2011 | 307 | Motion for Expedited Consideration (related document(s): 306 Emergency Motion (Adversary)). Filed by Joanne Schermerhorn (Attachments: # 1 Exhibit A# 2 Proposed Order) (Smith, W) (Entered: 04/14/2011) |
| 147. | 04/14/2011 | 308 | Objection (related document(s): 306 Emergency Motion (Adversary), 307 Motion for Expedited Consideration). Filed by Centurytel, Inc., R. Stewart Ewing Jr., Clarence Marshall, Michael E Maslowski, Harvey P. Perry (Attachments: # 1 Proposed Order) (Ray, Hugh) (Entered: 04/14/2011) |
| 148. | 04/15/2011 | 309 | Response (Filed By Joanne Schermerhorn ).(Related document(s): 308 Objection) (Smith, W) (Entered: 04/15/2011) |

### **ADVERSARY NO. 10-03150: HEARING TRANSCRIPTS**

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 149. | 04/28/2010 | 26 | Transcript RE: Status and Scheduling Conference held on 04-14-10 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 07/27/2010. (lmar) (Entered: 04/28/2010) |
| 150. | 08/02/2010 | 146 | Transcript RE: Motion for Continuance held on 07/22/10 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/1/2010. (lmar) (Entered: 08/02/2010) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 151. | 07/08/2010 | 114 | Transcript RE: MOTION TO DISMISS ADVERSARY held on 6/22/10 before Judge JEFF BOHM. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 10/6/2010. (thud) (Entered: 07/08/2010) |
| 152. | 08/02/2010 | 146 | Transcript RE: Motion for Continuance held on 07/22/10 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/1/2010. (lmar) (Entered: 08/02/2010) |
| 153. | 08/18/2010 | 160 | Transcript RE: #87, No redacted Fee Statement; #102 Response to court Order Requiring Lists of Derivative and Direct Claims; #103, #104 Motion for Additional Sanctions; #107 Certification on Reasonableness of Fees; #108 and Motion to Supplement the Record; # 111 Amended Motion to Supplement the Record, and #112 Amended Certification on Reasonableness of Fees. held on 08-03-10 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/16/2010. (Attachments: # 1 Volume(s) Volume II of II)(lmar) (Entered: 08/18/2010) |
| 154. | 09/06/2010 | 165 | Transcript RE: Motions Hearing held on 07/14/10 to 07/15/10 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 12/6/2010. (Attachments: # 1 Supplement Continued Hearing)(lmar) (Entered: 09/06/2010) |
| 155. | 09/09/2010 | 167 | Transcript RE: Motion to Dismiss (continued from 7/14/10) held on 07-15-10 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 12/8/2010. (lmar) (Entered: 09/09/2010) |
| 156. | 10/23/2010 | 220 | Transcript RE: CORRECTED TRANSCRIPT - VARIOUS MOTIONS HEARING held on May 27, 2010 before Judge JEFF BOHM. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 01/21/2011. (chen) (Entered: 10/23/2010) |
| 157. | 10/29/2010 | 225 | Transcript RE: #104 Motion For Additional Sanctions; and #173 Order to Show Cause held on 10-14-10 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 01/27/2011. (lmar) (Entered: 10/29/2010) |

| ITEM NO. | FILING DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|---|
| 158. | 10/29/2010 | 226 | Transcript RE: Continued #104 Motion For Additional Sanctions; and #173 Order to Show Cause held on 10-15-10 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 01/27/2011. (lmar) (Entered: 10/29/2010) |
| 159. | 03/10/2011 | 289 | Transcript RE: Motion to Dismiss (Cont'd) held on March 8, 2011 before Judge Jeff Bohm. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 06/8/2011. (mhen) (Entered: 03/10/2011) |
| 160. | | | Hearing Transcript – 06/10/10 – ordering |
| 161. | | | Hearing Transcript – 11/23/10 – ordering |
| 162. | | | Hearing Transcript – 02/23/11 – ordering |
| 163. | | | Hearing Transcript – 03/01/11 – ordering |
| 164. | | | Hearing Transcript – 03/31/11 – ordered; not yet received |
| 165. | | | Hearing Transcript – 04/19/11 – ordered; not yet received |

DATED: May 12, 2011.

Respectfully submitted,

**MCKOOL SMITH P.C.**

By:   */s/ Hugh M. Ray, III*
      HUGH M. RAY, III
      State Bar No. 24004246
      ROBERT M. MANLEY
      State Bar No. 00787955
      600 Travis, Suite 7000
      Houston, Texas 77002
      Telephone: (713) 485-7300
      Facsimile: (713) 485-7344

      **ATTORNEYS FOR CENTURYTEL DEFENDANTS/APPELLEES**

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2011, a true and correct copy of the foregoing document has been served via DLR 5.1 and the ECF system to the parties on the ECF service list, as well as U.S. first class mail, postage prepaid to the following:

| | |
|---|---|
| Office of the U.S. Trustee<br>515 Rusk Ave Ste 3516<br>Houston, TX 77002 | Harold B. Obstfeld<br>Harold B. Obstfeld, P.C.<br>100 Park Ave, 20th FL<br>New York, NY 10017 |
| W. Steve Smith<br>McFall, Breitbeil & Smith, P.C.<br>1331 Lamar Suite 1250<br>Houston, TX 77010 | Edward Rothberg<br>Annie Catmull<br>Hoover Slovacek, L.P.<br>5847 San Felipe Ste 2200<br>Houston, TX 77057 |
| F. Eric Fryar<br>The Fryar Law Firm<br>1001 Texas Ave Ste 1400<br>Houston, TX 77002 | David R. Jones<br>Elizabeth Freeman<br>Porter & Hedgers, LLP<br>1000 Main Street, 36th FL<br>Houston, TX 77002 |
| Samuel Goldman<br>Samuel Goldman & Assoc.<br>100 Park Ave, 20th FL<br>New York, NY 10017 | |

                                                          */s/ Hugh M. Ray, III*
                                                          Hugh M. Ray, III