UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>SKYPORT GLOBAL COMMUNICATIONS, INC.<br>      Debtor | • • • • • | CASE NO:<br>08-36737<br><br>Chapter 11 |
| JOANNE SCHERMERHORN, ET AL.,<br>et al<br>      Plaintiffs<br>vs.<br>CENTURYTEL, INC.<br>et al<br>      Defendants | • • • • • • • • • | ADVERSARY NO:<br>10-03150 |
| SKYPORT GLOBAL COMMUNICATIONS INC.,<br>et al<br>      Plaintiffs<br>vs<br>JOANNE SCHERMERHORN,<br>et al<br>      Defendants | • • • • • • • • • | ADVERSARY NO:<br><br>10-03225<br><br>CONSOLIDATED ADVERSARIES UNDER 10-03150 |

**NOTICE SETTING HEARING**

A hearing is scheduled for  June 15, 2011 at 2:30 p.m., in Courtroom 600, 6th floor, Bob Casey Courthouse, 515 Rusk Street, Houston, Texas to consider the Motion of Schermerhorn Parties to Dissolve Injunction [relates to docket #86], [docket entry 317]

MOVANT SHALL SERVE NOTICE OF THE HEARING DATE TO ALL INTERESTED PARTIES.

DATE: May 31, 2011          JEFF BOHM
                            United States Bankruptcy Judge


                            Robin Stennis  |  Case Manager
                            cmA679@tsx.uscourts.gov