IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
|     Debtor | § | |
| JOANNE SCHERMERHORN, ET AL., | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | Adversary No. 10-03150 |
| | § | |
| CENTURYTEL, INC. (A/K/A | § | |
| CENTURYLINK), ET AL., | § | |
|     Defendants | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing to consider the Motion of Schermerhorn Parties to Dissolve Injunction [relates to docket #86], [docket entry #317] shall be held on **Wednesday, June 15, 2011 at 2:30 p.m.**, in Courtroom 600, on the 6th Floor, in the United States Bankruptcy Courthouse, 515 Rusk Avenue, Houston, Texas, 77002 before the Honorable Jeff Bohm.

DATED this 1st day of June, 2011.

Respectfully submitted,

MCFALL, BREITBEIL & SMITH, P.C.

By: */s/ W. Steve Smith*
    W. STEVE SMITH
    State Bar No. 18700000
    1331 Lamar Street, Suite 1250
    Houston, Texas 77010
    Tel.    713-590-9300
    Fax.    713-590-9399
    Email:  ssmith@mcfall-law.com

THE FRYAR LAW FIRM

By: */s/ Eric Fryar*
    F. ERIC FRYAR
    State Bar No. 07495770
    1001 Texas Ave., Suite 1400
    Houston, Texas 77002
    Tel.    (888) 481-9995
    (281) 715-6396
    Main Fax:  (281) 715-6397
    Direct Fax: (281) 605-1888
    Email: efryar@fryarlawfirm.com

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
    SAMUEL GOLDMAN
    100 Park Ave., 20th Floor
    New York, NY 10017
    Tel.    (212) 725-1400
    Fax.    (212) 725-0805
    Email: sg@sgalaw.com

HAROLD B. OBSTFELD, P.C.

By: */s/ Harold B. Obstfeld*
    HAROLD B. OBSTFELD
    100 Park Ave., 20th Floor
    New York, NY 10017
    Tel.    (212) 696-1212
    Fax.    (212) 867-7360
    Email: hobsd@erols.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document is being served on the 1st day of June, 2011, on all of the following parties via regular first class mail, postage prepaid. Those ECF users registered in this case will receive electronic notice on June 1, 2011.

Office of U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

Hugh M. Ray, III
McKool Smith, P.C.
600 Travis, Suite 7000
Houston, TX 77002

Robert M. Manley
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

Edward L. Rothberg
Annie Catmull
Hoover Slovacek, L.P.
5847 San Felipe, Ste. 2200
Houston, TX 77057

David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street, 36th Fl.
Houston, TX 77002

/s/ W. Steve Smith
W. Steve Smith